# United States District Court
## Northern District of Illinois - Eastern Division
### United States Courthouse
### 219 South Dearborn Street - Room 2010
### Chicago, Illinois 60604

| | | |
|---|---|---|
| Michael W. Dobbins,<br>Clerk | October 22, 2004 | Office of the Clerk<br>(312) 435-5691 |

Mr. Tony Anastas, Clerk
United States District Court
Federal Building
~~1550 Main Street~~ 1 Courthouse Way
~~Springfield, MA 01103~~ Boston, MA

04 CV 12263 PBS

MAGISTRATE JUDGE _(illegible)_

RE: SHARON BOBBIT, etc., VS. ANDREW J. FILIPOWSKI, et al,
    USDC, N.D. IL, E. DIV., CASE NO. 03-CV-3599

Dear Clerk:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Honorable Samuel Der-Yeghiayan on October 7, 2004,

The filing fee of $150.00 was paid by the plaintiff and has been reported to Washington as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis, Deputy Clerk

Enclosure

cc: Counsel of record

New Case No. _____     Date: _____