# AMENDED DOCKET



TERMED MASON
TRANSF

U.S. District Court
Northern District of Illinois (Chicago)

CIVIL DOCKET FOR CASE #: 03-CV-3599

Bobbitt v. Filipowski, et al                                  Filed: 05/27/03
Assigned to: Hon. Samuel Der-Yeghiayan          Jury demand: Plaintiff
Demand: $0,000                                           Nature of Suit: 850
Lead Docket: None                                       Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:78m(a) Securities Exchange Act

MAGISTRATE JUDGE *[signature]*

SHARON BOBBITT, individually        Marvin Alan Miller
and on behalf of all others         [COR NTC]
similarly situated                  Jennifer Winter Sprengel
    plaintiff                    [COR]
                                    Christopher B Sanchez
                                    [COR]
                                    Miller Faucher and Cafferty,
                                    LLP
                                    30 North LaSalle Street
                                    Suite 3200
                                    Chicago, IL 60602
                                    (312) 782-4880

                                    Bruce C. Howard
                                    [COR]
                                    Law Offices of Robert D.
                                    Allison
                                    122 South Michigan Avenue
                                    1850
                                    Chicago, IL 60603
                                    (312) 427-7600

                                    Marc A Topaz
                                    [COR NTC]
                                    Schiffrin & Barroway, LLC
                                    Three Bala Plaza East
                                    Suite 400
                                    Bala Cynwyd, PA 19004-3481
                                    (610) 667-7706

                                    Guri Ademi
                                    [COR NTC]
                                    Shpetim Ademi
                                    [COR]
                                    Ademi & O'Reilly
                                    3620 East Layton
                                    Cudahy, WI 53110
                                    (414) 482-8000

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By *[signature]*
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
OCT 25 2004
DATE:

```
Proceedings include all events.
1:03cv3599 Bobbitt v. Filipowski, et al                                    TERMED
                                                                                    MASON
                                                                           TRANSF

                                         Samuel H Rudman
                                         [COR LD NTC A]
                                         David A Rosenfeld
                                         [COR]
                                         Geller Rudman, PLLC
                                         200 Broadhollow Road
                                         Suite 406
                                         Melville, NY 11747
                                         (631) 367-7100

         v.


   ANDREW J FILIPOWSKI                   Bruce S. Sperling
        defendant                        [COR LD NTC A]
                                         Celiza Patricia Braganca
                                         [COR]
                                         Thomas David Brooks
                                         [COR]
                                         Sperling & Slater
                                         55 West Monroe Street
                                         Suite 3200
                                         Chicago, IL 60603
                                         (312)641-3200


   MICHAEL P CULLINANE                   Samuel Bayard Isaacson
        defendant                        [COR LD NTC A]
                                         Douglas Warren Hyman
                                         [COR]
                                         Joseph Edward Collins
                                         [COR]
                                         Piper Rudnick LLP
                                         203 North LaSalle Street
                                         #1900
                                         Chicago, IL 60601-1293
                                         (312) 368-4000


   ------------------------
```

```
Proceedings include all events.                              TERMED
1:03cv3599 Bobbitt v. Filipowski, et al                            MASON
                                                              TRANSF
5/27/03   1      COMPLAINT (Attachment); jury demand - Civil cover sheet -
                 Appearance(s) of Shpetim Ademi, Guri Ademi, Christopher B
                 Sanchez, Marc A Topaz, Jennifer Winter Sprengel, David A
                 Rosenfeld, Marvin Alan Miller, Samuel H. Rudman as
                 attorney(s) for plaintiff (No summons(es) issued.) (
                 Documents: 1-1 through 1-4) (hp) [Entry date 05/28/03]
                 [1:03cv3599]

5/27/03   --     RECEIPT regarding payment of filing fee paid; on 5/27/03 in
                 the amount of $150.00, receipt #10414569. (hp)
                 [Entry date 05/28/03] [1:03cv3599]

5/28/03   --     SUMMONS issued two originals and two copies as to
                 defendants. (jmp) [Entry date 05/30/03] [1:03cv3599]

6/25/03   --     ALIAS SUMMONS issued four original and two copies as to
                 defendants. (air) [Entry date 06/26/03] [1:03cv3599]

7/28/03   2      MOTION by James Tito, Frank Waddell and FBO Norma G,
                 Waddell Revocable Trust for consolidation, appointment
                 as lead plaintiffs  and for approval of selection of
                 lead and liaison counsel ; Memorandum in support (ls)
                 [Entry date 07/31/03] [1:03cv3599]

7/28/03   3      DECLARATION of Marvin A. Miller in support of James Titom
                 Frank Waddell and FBO Norma G. Waddell Revocable Trust's
                 motion for consolidation [2-1], motion appointment as lead
                 plaintiffs [2-2], motion and for approval of selection of
                 lead and liaison counsel [2-3] (Attachments); Notice (ls)
                 [Entry date 07/31/03] [1:03cv3599]

7/29/03   4      MOTION by plaintiff for consolidation, appointment as
                 lead plaintiffs, and for approval of selection of lead
                 and liaison counsel; Notice (nf) [Entry date 08/06/03]
                 [1:03cv3599]

7/29/03   5      MOTION by plaintiff for a finding of relatedness
                 (Attachments); Notice (nf) [Entry date 08/06/03]
                 [1:03cv3599]

8/5/03    6      MINUTE ORDER of 8/5/03 by Hon. James F. Holderman :
                 Plaintiffs' motion for a finding of relatedness [5-1],
                 appointment as lead plaintiffs [4-2] and to consolidate
                 [4-1] are entered and continued before Judge Der-Yeghiayan.
                 No notice (nf) [Entry date 08/06/03] [1:03cv3599]

8/5/03    --     EXECUTIVE committee 8/5/03 This case is reassigned to the
                 Hon. Samuel Der-Yeghiayan Mailed notice (dcap)
                 [Entry date 08/07/03] [1:03cv3599]
```

```
Proceedings include all events.
1:03cv3599 Bobbitt v. Filipowski, et al                         TERMED
                                                                       MASON
                                                                TRANSF
8/19/03    7    MINUTE ORDER of 8/19/03  by Hon. Samuel Der-Yeghiayan :
                Status hearing set for September 16, 2003 at 9:00 a.m.
                Plaintiffs' motion for a finding of relatedness and motion
                to consolidate are granted for all purposes as to case
                numbers 03 C 3599, 03 C 3722, 03 C 3888, 03 C 4100, 03 C
                4116, 03 C 4506, 03 C 4756, 03 C 5194, 03 C 5245 and
                entered and continued to September 16, 2003 at 9:00 a.m.
                for case number 03 C 5561. Counsel for the parties are
                directed to have a Rule 26(f) conference prior to the
                September 16, 2003 status hearing. The parties shall file a
                joint initial status report identifying the points outlined
                on the reverse on or before September 11, 2003. The parties
                motion for appointment of lead plaintiffs and lead liaison
                counsel are granted [0-1], [0-2]. James Tito and Wadell are
                hereby appointed lead plaintiffs. The law firms of Cauley
                Geller Bowman & Rudman LLP and Stull Stull & Brody shall
                act as lead counsel and the law firms of Miller Faucher &
                Cafferty LLP and Robert D. Allison & Associates are to
                serve a liaison counsel. Counsel are directed to make all
                future filings in case number 03 C 3599. (See reverse of
                minute order.) Mailed notice (rm) [Entry date 08/21/03]
                [1:03cv3599]

8/22/03    8    ATTORNEY APPEARANCE for lead plaintiff by Robert D. Allison
                and Bruce C. Howard (ar) [Entry date 08/22/03]
                [1:03cv3599]

9/8/03     9    WAIVER of service of summons as to defendant Andrew J.
                Filipowski sent on 8/4/03 (cdy) [Entry date 09/09/03]
                [1:03cv3599]

9/10/03   11    RESPONSE by James F Howard, Chris Brown to motion for a
                finding of relatedness. (air) [Entry date 09/12/03]
                [1:03cv3599]

9/11/03   10    JOINT INITIAL STATUS REPORT by parties; Notice. (air)
                [Entry date 09/12/03] [1:03cv3599]

9/16/03   12    MINUTE ORDER of 9/16/03 by Hon. Samuel Der-Yeghiayan:
                Status hearing held and continued to 02/23/04 at 9:00 a.m.
                The plaintiffs are given leave to file a consolidated
                complaint by 10/27/03. The defendants are given until
                12/11/03 to answer, move or otherwise plead to the
                plaintiffs' consolidated complaint. The plaintiffs are
                given until 01/26/04 to file their responses to any motions
                to dismiss the plaintiffs' consolidated complaint. The
                defendants are given until 02/16/03 to file their replies
                in support. Mailed notice (cdy) [Entry date 09/17/03]
                [1:03cv3599]

9/16/03   13    ATTORNEY APPEARANCE for defendant Michael P. Cullinane by
                Samuel Bayard Isaacson, Douglas Warren Hyman, Joseph Edward
                Collins (cdy) [Entry date 09/17/03] [1:03cv3599]
```

```
Proceedings include all events.                                  TERMED
1:03cv3599 Bobbitt v. Filipowski, et al                                 MASON
                                                                 TRANSF
 9/22/03   14      ATTORNEY APPEARANCE for Jude M Sullivan by James R.
                   Streicker, Theodore Thomas Poulos. (vj)
                   [Entry date 09/23/03] [1:03cv3599]

10/27/03   15      MOTION by parties to extend time to answer or otherwise
                   plead (Attachment); Notice (hp) [Entry date 10/31/03]
                   [1:03cv3599]

10/30/03   16      MINUTE ORDER of 10/30/03  by Hon. Samuel Der-Yeghiayan :
                   Plaintiffs' agreed motion to extend time is granted as
                   follows: The plaintiffs are given until 12/11/03 to file a
                   consolidated class action complaint. [15-1] The defendants
                   are given until 01/26/04 to answer, move or otherwise plead
                   to the consolidated class action complaint. In the event
                   the defendants move to dismiss plaintiffs' consolidated
                   class action complaint, the plaintiffs are given until
                   03/10/04 to file their response and the defendants are
                   given until 03/31/04 to file their reply. Status hearing
                   set for 02/23/04 to stand. Mailed notice (hp)
                   [Entry date 10/31/03] [1:03cv3599]

12/11/03   17      CONSOLIDATED CLASS ACTION COMPLAINT for violations of the
                   Federal Securities Law; jury demand; Notice. (aga)
                   [Entry date 12/15/03] [1:03cv3599]

 1/13/04   18      MOTION by defendant Andrew J Filipowski to extend time to
                   respond to consolidated class action complaint and to
                   file brief in excess of 15 pages (Attachment); Notice. (lxs)
                   [Entry date 01/21/04] [1:03cv3599]

 1/13/04   19      ATTORNEY APPEARANCE for defendant Andrew J Filipowski  by
                   Bruce S. Sperling, Thomas David Brooks (lxs)
                   [Entry date 01/21/04] [1:03cv3599]

 1/20/04   20      MINUTE ORDER of 1/20/04 by Hon. Samuel Der-Yeghiayan :
                   Defendants' motions for extension of time to respond to
                   consolidated class action complaint [18-1] and for leave to
                   file memoranda in excess of 15 pages [18-2] are denied.
                   Status hearing set for 02/23/04 to stand. Mailed notice (lxs)
                   [Entry date 01/21/04] [1:03cv3599]

 1/26/04   21      MEMORANDUM by defendant Michael P Cullinane in support of
                   defendant Michael P. Cullinane's motion to dismiss
                   (Attachments); Notice. (gma) [Entry date 01/27/04]
                   [1:03cv3599]

 1/26/04   22      APPENDIX by defendant Michael P Cullinane to defendant
                   Michael P. Cullianane's motion to dismiss (22-1 through
                   22-2). (gma) [Entry date 01/27/04] [Edit date 01/27/04]
                   [1:03cv3599]

 1/26/04   23      MOTION by defendant Andrew J Filipowski to dismiss
                   complaint; Memorandum in support. (air)
                   [Entry date 01/29/04] [1:03cv3599]
```

```
Proceedings include all events.                                    TERMED
1:03cv3599 Bobbitt v. Filipowski, et al                                   MASON
                                                                   TRANSF
```

| Date | # | Entry |
|---|---|---|
| 1/26/04 | 24 | EXHIBITS by defendant Andrew J Filipowski to his motion to dismiss complaint [23-1]. (air) [Entry date 01/29/04] [1:03cv3599] |
| 2/20/04 | -- | SCHEDULE set on 2/20/04 by Hon. Samuel Der-Yeghiayan : Status hearing set for 02/23/04 is reset to 05/10/04 at 9:00 a.m. Mailed and Telephoned notice (mw) [Entry date 02/20/04] [1:03cv3599] |
| 3/10/04 | 25 | MEMORANDUM of law by plaintiff in opposition to defendants' motion to dismiss consolidated complaint [23-1]; Notice. (vj) [Entry date 03/12/04] [1:03cv3599] |
| 3/31/04 | 26 | REPLY memorandum of law by defendant Michael P Cullinane in support of his motion to dismiss (Attachments); Notice (ar) [Entry date 04/02/04] [1:03cv3599] |
| 5/10/04 | -- | SCHEDULE set on 5/10/04 by Hon. Samuel Der-Yeghiayan : Status hearing set for 05/10/04 is reset to 7/29/04 at 9:00 a.m. Mailed notice (mw) [Entry date 05/10/04] [1:03cv3599] |
| 5/25/04 | 27 | NOTICE by plaintiff of change of firm affiliation; Notice.. (nf) [Entry date 05/26/04] [1:03cv3599] |
| 7/29/04 | 28 | MINUTE ORDER of 7/29/04 by Hon. Samuel Der-Yeghiayan : Status hearing held and continued to 9:00 a.m. on 08/31/04. Mailed notice (ar) [Entry date 07/30/04] [1:03cv3599] |
| 8/9/04 | 29 | MINUTE ORDER of 8/9/04 by Hon. Samuel Der-Yeghiayan : Status hearing set for 08/31/04 is reset to 9:00 a.m. on 10/07/04. The parties are ordered to submit briefings addressing whether this court should transfer this case to the District of Massachusetts pursuant to 28 U.S.C. Section 1412 and whether or not this case is related to bankruptcy proceedings in that district. The parties must file the briefs by 09/02/04. Each side may then respond to briefs filed by the opposing party by 09/16/04. All pending motions are denied without prejudice [23-1]. Mailed notice (ar) [Entry date 08/10/04] [1:03cv3599] |
| 8/10/04 | 30 | MOTION by plaintiff for leave to file supplemental authority decided after submission of plaintiffs' memorandum of law in opposition to defendants' motion to dismiss (Attachment); Notice (ar) [Entry date 08/13/04] [1:03cv3599] |

```
Proceedings include all events.                                           TERMED
1:03cv3599 Bobbitt v. Filipowski, et al                                         MASON
                                                                          TRANSF
```

| Date | # | Entry |
|---|---|---|
| 8/13/04 | 31 | MINUTE ORDER of 8/13/04 by Hon. Samuel Der-Yeghiayan : On 08/09/04 the Court having denied without prejudice all pending motions, plaintiffs' motion for leave to file supplemental authority decided after submission of plaintiffs' memorandum of law in opposition to defendants' motion to dismiss [30-1] is denied as moot. Status hearing set for 10/07/04 to stand. Mailed notice (ar) [Entry date 08/13/04] [1:03cv3599] |
| 9/2/04 | 32 | MEMORANDUM OF LAW by plaintiff in response to the court's request for briefing concerning whether to transfer the action to the District of Massachusetts and whether the action is related to the bankruptcy proceedings in that district; Notice. (gma) [Entry date 09/03/04] [1:03cv3599] |
| 9/2/04 | 33 | OPENING brief regarding potential transfer of this case to the District of Massachusetts by defendants (Attachments); Notice [32-1] (1 vol.) (ar) [Entry date 09/07/04] [1:03cv3599] |
| 9/14/04 | 34 | MINUTE ORDER of 9/14/04 by Hon. Samuel Der-Yeghiayan : The parties are given an additional six days (09/22/04) to file their response briefs to the briefs addressing whether this court should transfer this case to the District of Massachusetts pursuant to 28 U.S.C. Section 1412 and whether or not this case is related to bankruptcy proceedings in that district [29-1] [32-1] [33-1]. Mailed notice (ar) [Entry date 09/15/04] [1:03cv3599] |
| 9/22/04 | 35 | RESPONSE by plaintiffs to defendants' opening brief regarding potential transfer of this case to the district of Massachusetts; Notice. (gy) [Entry date 09/23/04] [1:03cv3599] |
| 9/22/04 | 36 | RESPONSE BRIEF by defendants regarding potential transfer of this case to the District of Massachusetts. (air) [Entry date 09/24/04] [1:03cv3599] |
| 10/7/04 | 37 | ATTORNEY APPEARANCE for defendant Andrew J Filipowski by Celiza Patricia Braganca (ar) [Entry date 10/08/04] [1:03cv3599] |
| 10/7/04 | 38 | MINUTE ORDER of 10/7/04 by Hon. Samuel Der-Yeghiayan : For the reasons stated on the reverse side of this minute order, this matter is hereby transferred to the U.S. District Court for Massachusetts. (See reverse of minute order.) Case transferred to Dist of: Masschusetts. Terminating case. Mailed notice (ar) [Entry date 10/08/04] [Edit date 10/08/04] [1:03cv3599] |
| 10/7/04 | 39 | ENTERED JUDGMENT (ar) [Entry date 10/08/04] [1:03cv3599] |

Proceedings include all events.                                    TERMED
1:03cv3599 Bobbitt v. Filipowski, et al                            MASON
                                                                   TRANSF

10/21/04 --    CERTIFIED AND TRANSMITTED 10/25/04 the complete record to
               the USDC for the District of Massachusetts, consisting of
               eight volumes of pleadings, certified copy of docket entries
               and transmittal letter, via United Parcel Service, Tracking
               No. 1Z6E25200399620550. Mailed copies of transmittal letter
               to counsel of record. (ar) [Entry date 10/21/04]
               [Edit date 10/25/04] [1:03cv3599]

10/25/04 --    MAILED corrected and certified copy of docket entries to US
               District court for the District of Massachusetts. (ar)
               [Entry date 10/25/04] [1:03cv3599]