UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sharon Bobbitt

        Plaintiff,                    CIVIL ACTION
                                             NO.  04-12263-PBS

    v.

Andrew J Filipowski, et al

        Defendants.

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                November 10, 2004

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **December 1, 2004**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                                  By the Court,

                                                                  /s/ Robert C. Alba
                                                                Deputy Clerk

Copies to:  All Counsel