UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Sharon Bobbitt**

    Plaintiff,      CIVIL ACTION
               NO.   04-12263-PBS

 v.

**Andrew J Filipowski, et al**

    Defendants.

### NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                    November 30, 2004

  The Status Conference previously scheduled for December 1, 2004 , has been **rescheduled** to **January 11, 2005, at 4:15 p.m.**

                     By the Court,

                       /s/ Robert C. Alba
                     Deputy Clerk

Copies to:  All Counsel

resched.ntc