UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12263-PBS<br><br>Judge Saris |
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12294-NMG<br><br>Judge Gorton |

## MOTION TO TRANSFER RELATED *TURNER* CASE TO JUDGE SARIS PURSUANT TO LOCAL RULE 40.1

Defendants Andrew J. Filipowski and Michael P. Cullinane hereby request that the case of Turner v. Filipowski, et al., currently before Judge Nathaniel M. Gorton, be transferred, with Judge Saris' consent, to Judge Patti B. Saris, who is the judge presiding over a related and previously filed case, Bobbitt v. Filipowski, et al. The remaining defendants in the Turner case have, via their counsel, consented to this motion and the requested transfer. Defendants make

several ways for purposes of LR 40.1, in that they (1) involve many of the same parties; (2) involve the same or similar claims or defenses; (3) involve the same transactions and events; and (4) involve substantially the same questions of fact and law.

6. Section (I) of Local Rule 40.1 provides that: "In the interest of justice or to further the efficient performance of the business of the court, a judge may ... transfer the case to another judge, if the other judge consents to the transfer." The transfer of Turner as a case related to Bobbitt would further the interest of justice and the efficient performance of the business of the court, as one court would thereby be the single source of rulings concerning the issues of these two similar and related cases, thus obviating inconsistent rulings and avoiding duplication of effort.

WHEREFORE, for all the foregoing reasons, defendants Andrew J. Filipowski and Michael P. Cullinane, with the consent of the remaining defendants in the Turner case, respectfully request that Turner v. Filipowski, et al., Civil Action No. 04-12294-NMG, be transferred, with Judge Saris' consent, to Judge Saris, who is presiding over a related and previously filed case, Bobbitt v. Filipowski, et al., Civil Action No. 04-12263-PBS.

December 27, 2004

Respectfully submitted,

ANDREW J. FILIPOWSKI and
MICHAEL P. CULLINANE

By: _____
Counsel for Mr. Filipowski

Daniel J. Lyne
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
617-423-0400

4

617-423-0498 (fax)

Case 1:04-cv-12263-PBS   Document 43   Filed 12/27/2004   Page 3 of 10

Of Counsel:

For Andrew J. Filipowski

Bruce S. Sperling
Eugene J. Frett
Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
312-641-6492

For Michael P. Cullinane

Samuel B. Isaacson
Lawrence A. Wojcik
Joseph E. Collins
Piper Rudnick
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
312-368-4000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI and<br>MICHAEL P. CULLINANE,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12263-PBS<br><br>Judge Saris |
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12294-NMG<br><br>Judge Gorton |

## SERVICE LIST

***For Plaintiffs***:

Patrick J. Sherlock
Law Office of Patrick J. Sherlock
11 South LaSalle St.
Suite 1600
Chicago, IL 60603

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
Bradley R. Mathews, Esq.
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101

Marvin A. Miller
**Miller Faucher and Cafferty LLP**
30 North LaSalle Street, Suite 3200
Chicago, IL 60602

Samuel H. Rudman
David A. Rosenfeld
**Lerach Coughlin Stoia Geller**
   **Rudman & Robbins**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Robert D. Allison
**Law Offices of Robert D. Allison**
   **& Assoc.**
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

Howard T. Longman
**Stull, Stull & Brody**
Six East 45th Street
New York, NY 10017

***For Defendants*:**

John F. Hartmann
Michael A. Duffy
Kirkland & Ellis, LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Samuel B. Isaacson
Joseph Collins
Piper Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL 60601

Joel G. Chefitz
James E. Hanlon
Howrey Simon Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610

## CERTIFICATE OF SERVICE

I, Daniel J. Lyne, hereby certify that I have this 27th day of December, 2004 served a copy of the foregoing Motion To Transfer Related *Turner* Case To Judge Saris Pursuant To Local Rule 40.1, Motion For Admission Of Bruce S. Sperling, Eugene J. Frett And Thomas D. Brooks *Pro Hac Vice* and Motion For Admission Of Bruce S. Sperling, Eugene J. Frett And Thomas D. Brooks *Pro Hac Vice* by serving a copy of same, by first class mail, postage prepaid upon:

Bruce S. Sperling
Eugene J. Frett
Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Patrick J. Sherlock
Law Office of Patrick J. Sherlock
11 South LaSalle St.
Suite 1600
Chicago, IL 60603

Marvin A. Miller
Miller Faucher and Cafferty LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602

Robert D. Allison
Law Offices of Robert D. Allison
 & Assoc.
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

John F. Hartmann
Michael A. Duffy
Kirkland & Ellis, LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Samuel B. Isaacson
Lawrence A. Wojcik
Joseph E. Collins
Piper Rudnick
203 North LaSalle Street
Suite 1800
Chicago, IL 60601

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
Bradley R. Mathews, Esq.
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

Howard T. Longman
Stull, Stull & Brody
Six East 45th Street
New York, NY 10017

Samuel B. Isaacson
Joseph Collins
Piper Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL 60601

Joel G. Chefitz
James E. Hanlon
Howrey Simon Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610

_____
Daniel J. Lyne

DATED: December 27, 2004

420529

A

RECEIVED
Clerk's Office
USDC, Mass.
Date 11-2-04
By _____ CMG
Deputy Clerk

SCANNED
DATE: 11-2-04
CMG

# United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

Michael W. Dobbins,
Clerk

October 22, 2004

Office of the Clerk
(312) 435-5691

DOCKETED
NOV 1 0 2004

Mr. Tony Anastas, Clerk
United States District Court
Federal Building
~~1550 Main Street~~ 1 Courthouse Way
~~Springfield, MA 01103~~ Boston, MA

04 CV 12263 PBS

MAGISTRATE JUDGE Alling

COPY

RE: SHARON BOBBIT, etc., VS. ANDREW J. FILIPOWSKI, et al,
    USDC, N.D. IL, E. DIV., CASE NO. 03-CV-3599

Dear Clerk:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Honorable Samuel Der-Yeghiayan on October 7, 2004.

The filing fee of $150.00 was paid by the plaintiff and has been reported to Washington as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis, Deputy Clerk

FILED
NOV 0 5 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosure

cc: Counsel of record

New Case No. 04cv12263-PBS       Date: 11/4/04

EXHIBIT
A

40