## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Sharon Bobbitt, Individually and on behalf of all others similarly situated** ) ) ) | **Case No.**    **04 cv 12263-PBS** |
| v.                                      ) ) | |
| **Andrew J. Filipowski, et al.**         ) ) ) | |

## MOTION FOR ADMISSION OF BRUCE S. SPERLING, EUGENE J. FRETT AND THOMAS D. BROOKS *PRO HAC VICE*

Defendant Andrew J. Filipowski hereby requests, pursuant to Local Rule 83.5.3(b), that his attorneys Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks, be admitted before this Court *pro hac vice* in the above-captioned case. In support of this motion, movant respectfully states as follows:

1.      Messrs. Sperling, Frett and Brooks are members of the law firm Sperling & Slater P.C. , 55 West Monroe Street, Suite 3200, Chicago, Illinois 60603. They concentrate their practice in litigation, including securities litigation.

2.      Messrs. Sperling, Frett and Brooks are counsel to Mr. Filipowski, who is a defendant in this action, which alleges violations of the securities laws. Prior to this case being transferred to this Court from the Northern District of Illinois, Messrs. Sperling and Brooks were serving as counsel for Mr. Filipowski therein.

3.      Messrs. Sperling, Frett and Brooks are admitted to practice in, *inter alia*, the United States District Court for the Northern District of Illinois.   They are also members in good standing of the following courts indicated on their attached certifications.

See Attached Certifications

WHEREFORE, it is respectfully requested that this Court enter an order authorizing Bruce S. Sperling, Eugene J. Frett, and Thomas D. Brooks to practice before this Court *pro hac vice*.

Dated: December 27, 2004

Respectfully submitted,

ANDREW J. FILIPOWSKI

By: One of his attorneys

Daniel J. Lyne
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
617-423-0400
617-423-0498 (fax)