UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sharon Bobbitt, Individually and on behalf of all others similarly situated<br><br>v.<br><br>Andrew J. Filipowski, et al. | Case No.   04 cv 12263-PBS |

## CERTIFICATION OF BRUCE S. SPERLING

I, Bruce S. Sperling, certify the following in connection with the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *pro hac vice*:

1. I am a member of the bar in good standing for, *inter alia*, the United States District Court for the Northern District of Illinois. I am also a member in good standing of the following courts:

   United States Supreme Court; New York Supreme Court; Illinois Supreme Court; U.S Court of Appeals (Federal, 2nd, 4th, 5th, 6th, 7th, 8th, 9th & 11th Circuits); U.S.D.C. (ED NY, SD NY, ND IL, NV, CD CA; ED MI, ED WI); State of Virginia

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: December 22, 2004

Bruce S. Sperling
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)