## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sharon Bobbitt, Individually and on behalf of all others similarly situated )<br>)<br>)<br>v.  )<br>)<br>Andrew J. Filipowski, et al.  )<br>)<br>) | Case No.    04 cv 12263-PBS |

## CERTIFICATION OF EUGENE J. FRETT

I, Eugene J. Frett, certify the following in connection with the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice*:

1.    I am a member of the bar in good standing for, *inter alia*, the United States District Court for the Northern District of Illinois.   I am also a member in good standing of the following courts:

> U.S.D.C. of Minnesota admitted in 1995;
> U.S.D.C., E.D. of Michigan admitted in 2000; and
> U.S.D.C., W.D. of Michigan admitted in 2003.

2.    There are no disciplinary proceedings pending against me in any jurisdiction.

3.    I am familiar with the Local Rules of this Court.

Dated:  December 22, 2004

Eugene J. Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)