UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sharon Bobbitt, Individually and on behalf of all others similarly situated )<br>)<br>)<br>v.       )<br>)<br>Andrew J. Filipowski, et al.       )<br>)<br>_____ ) | Case No.   04 cv 12263-PBS |

## CERTIFICATION OF THOMAS D. BROOKS

I, Thomas D. Brooks, certify the following in connection with the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice*:

1. I am a member of the bar in good standing for, *inter alia*, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of Illinois.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: December 22, 2004

/s/ Thomas D. Brooks
Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)