UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ANDREW J. FILIPOWSKI, et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>No. 04-12263-PBS |

NOTICE OF APPEARANCE

OF BRUCE S. BARNETT FOR DEFENDANT MICHAEL P. CULLINANE

    Please enter the appearance of the undersigned attorney on behalf of defendant Michael P. Cullinane, in this action.

    Respectfully submitted,

Dated: January 5, 2005
/s/ Bruce S. Barnett
Bruce S. Barnett (BBO#647666)
DLA Piper Rudnick Gray Cary US LLP
One International Place
21st Floor
Boston, MA 02110-2613
Email: bruce.barnett@dlapiper.com
Phone: 617-406-6000
Fax:  617-406-6100

~BOST1:315975.v1