IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>　　　　　　Defendants. | ) Case No. 04-12263-PBS<br>)<br>) Judge Saris<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>　　　　　　Defendants. | ) Case No. 04-12294-NMG<br>)<br>) Judge Gorton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF TURNER'S RESPONSE TO DEFENDANTS FILIPOWSKI AND CULLINANE'S MOTION TO TRANSFER RELATED *TURNER* CASE TO JUDGE SARIS PURSUANT TO LOCAL RULE 40.1**

Plaintiff Mike Turner hereby responds to defendants Andrew J. Filipowski and Michael P. Cullinane's Motion to Transfer Related *Turner* Case to Judge Saris Pursuant to Local Rule 40.1 by stating that he is not opposed to the *Bobbitt v. Filipowski, et al.* and *Turner v. Filipowski, et al.* actions being considered related and brought before the same judge pursuant to Local Rule 40.1 of the District of Massachusetts.

DATED: January 10, 2005

Respectfully Submitted,

/s/ Mary T. Sullivan
Mary T. Sullivan  BBO#487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Marc M. Umeda
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 615/525-3991

Patrick J. Sherlock
LAW OFFICE OF PATRICK J. SHERLOCK
11 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone: 312/683-5575
Facsimile:  312/896-5784

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of Plaintiff Turner's Response to Defendant Filipowski and Cullinane's Motion to Transer related Turner Case to Judge Saris Pursuant to Local Rule 40.1 was served upon defendant's counsel of record this 10th day of January, 2005 via first class mail, postage prepaid.

/s/ Mary T. Sullivan
Mary T. Sullivan

Service List

Counsel for Plaintiffs

Marc M. Umeda
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Patrick J. Sherlock
LAW OFFICE OF PATRICK J. SHERLOCK
11 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312/683-5575
Facsimile:  312/896-5784

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile:617/742-2187

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602

Robert D. Allison
LAW OFFICES OF ROBERT D. ALLISON
 & ASSOCIATES
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

Howard T. Longman
STULL STULL & BRODY
Six East 45th Street
New York, NY 10017

Counsel for Defendants

Bruce S. Sperling
Thomas D. Brooks
Angie Chen
SPERLING & SLATER PC
55 W. Monroe Street, Suite 3200
Chicago, IL 60603

Counsel for Andrew Filipowski

Joel G. Chefitz
James E. Hanlon, Jr.
HOWREY SIMON ARNOLD & WHITE LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60610

Counsel for Paul Humenansky

Samuel B. Isaacson
Joseph Collins
PIPER RUDNICK
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Counsel for Michael P. Cullinane

- 1 -

John F. Hartmann
Michael A. Duffy
KIRKLAND & ELLIS LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Counsel for Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau


Mts/indvT-Z/Turner/pleadings/resptomottotransfernoobj.doc