UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of all Others Similarly Situated,, ) ) ) Plaintiff, ) ) ) vs. ) ) ANDREW J. FILIPOWSKI and MICHAEL P. ) CULLINANE, ) ) Defendants. ) ) | **CASE NO.** 1:04-cv-12263-(PBS) ASSENTED-TO-MOTION FOR ADJOURNMENT OF CONFERENCE |

{00003944.DOC ; 1}

Lead Plaintiffs, with the assent of Defendants, hereby move this Court for an adjournment of the conference scheduled for January 11, 2005.  Counsel respectfully requests that the Court reschedule the conference for January 19, 2005, which is the only day in the month of January that all counsel are available, or at the Court's earliest convenience.  A similar motion requesting adjournment is also being filed in the related action captioned *Mike Turner v. Andrew J. Filipowski*, 04-cv-12294 (PBS), in which a conference had also been scheduled for today.

DATED: January 11, 2005

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By:/s/David Pastor
DAVID PASTOR (BBO # 391000)
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA  01906
Telephone:  781/231-7850
781/231-7840 (fax)

*Local Counsel for Plaintiffs and the Class*

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

STULL STULL & BRODY
Howard T. Longman
6 East 45th Street
New York, NY 10017
(212) 687-7230
212/490-2022 (fax)

*Lead Counsel for Plaintiffs and the Class*

ASSENTED TO:

HANIFY & KING

By:/s/Daniel J. Lyne
DANIEL J. LYNE (BBO #309290)
Professional Corporation
One Beacon Street
Boston, MA  02108-3107
617/423-0400
617/305-0663 (fax)

SPERLING & SLATER
Thomas D. Brooks
55 West Monroe Street, Suite 3200
Chicago, IL  60603
312/641-3200

*Counsel for Defendant Andrew J. Filipowski*

ASSENTED TO:

DLA PIPER RUDNICK GRAY CARY US LLP

By:  /s/Bruce S. Barnett
BRUCE S. BARNETT (BBO # 647666)
One International Place
Boston, MA  02110
617/406-6000
617/406-6102 (fax)

DLA PIPER RUDNICK GRAY CARY US LLP
Samuel B. Isaacson
Joseph E. Collins
203 North LaSalle Street, #1900
Chicago, IL  60601-1293
312/368-4000

*Counsel for Defendant Michael P. Cullinane*

I:\Divine 23125 (S)\Pleadings\Caption - Bobbitt - Blank.doc