UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT,<br><br>             Plaintiff(s),<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>             Defendant(s). | ) No. 04-12263-PBS<br>)<br>) NOTICE OF CHANGE OF FIRM<br>) AFFILIATION<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for plaintiffs, formerly with Geller Rudman PLLC, have changed their law firm affiliation and are now associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. Please direct all future pleadings and correspondence to them

{00003979.DOC ; 1}

at the address shown below and revise your Service List accordingly:

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
200 BROADHOLLOW ROAD, SUITE 406
MELVILLE, NY 11747
TELEPHONE: 631/367-7100
631/367-1173 (FAX)

DATED: January 13, 2005                    GILMAN AND PASTOR, LLP


/s/ David Pastor
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, suite 500
Saugus, MA 01906
Telephone: 781/231-7850

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


SAMUEL H. RUDMAN
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)


Attorneys for Plaintiffs

I:\Divine 23125 (S)\Pleadings\Notice of Change of Firm Affiliation.doc