UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

Defendants.

Civ. No. 1:04 CV 12263 (PBS)

---

## ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Howard T. Longman of the law firm of Stull, Stull & Brody, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Longman has been a member in good standing of the bar of New York since 1983.

2. There are no disciplinary proceedings against Mr. Longman as a member of the bar in any jurisdiction.

3. Mr. Longman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00003976.WPD ; 1

    4.    In further support of this motion, Mr. Longman has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: January 19, 2005

Respectfully submitted,

*David Pastor*

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/19/05

*David Pastor*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

Defendants.

Civ. No. 1:04 CV 12263 (PBS)

---

**CERTIFICATION FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Howard T. Longman, hereby certify that:

1. I am a senior attorney in the law firm of Stull, Stull & Brody, 6 East 45th Street, New York, New York 10017. I was admitted to the bar of New York in 1983. I am also admitted to practice in the following jurisdictions:

   | | |
   |---|---|
   | U.S. District Court, Southern District of New York | 1988 |
   | U.S. District Court, Eastern District of New York | 1988 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January __, 2005

Respectfully submitted,

_____
Howard T. Longman
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230