UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

Defendants.

Civ. No. 1:04 CV 12263 (PBS)

---

**CERTIFICATION FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Howard T. Longman, hereby certify that:

1. I am a senior attorney in the law firm of Stull, Stull & Brody, 6 East 45th Street, New York, New York 10017. I was admitted to the bar of New York in 1983. I am also admitted to practice in the following jurisdictions:

    | | |
    |---|---|
    | U.S. District Court, Southern District of New York | 1988 |
    | U.S. District Court, Eastern District of New York | 1988 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.  I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January ___, 2005

Respectfully submitted,

_____
Howard T. Longman
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230