UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

   Defendants.

Civ. No. 1:04 CV 12263 (PBS)

FEE PAID:
RECEIPT # 61532
AMOUNT $ 50.00
BY DPTY CLK
1/19/05

---

## ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to David A. Rosenfeld of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.  Mr. Rosenfeld has been a member in good standing of the bars of New Jersey since 1999 and New York since 2000.

2.  There are no disciplinary proceedings against Mr. Rosenfeld as a member of the bar in any jurisdiction.

3.  Mr. Rosenfeld has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00003973.WPD ; 1

4.  In further support of this motion, Mr. Rosenfeld has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: January 19, 2005

Respectfully submitted,

*[signature]*
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of
Above Document Was Served Upon
... Of Record For Each Other
... on 1/19/05
*[signature]*

00003973.WPD ; 1                                        2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 1:07

DISTRICT COURT
DISTRICT OF MASS.

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

Defendants.

Civ. No. 1:04 CV-12263 (PBS)

**CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, David A. Rosenfeld, hereby certify that:

1. I am an associate in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, 200 Broadhollow Road, Suite 406, Melville, New York 11747. I was admitted to the bar of New York in 2000. I am also admitted to practice in the following jurisdictions:

| | |
|---|---|
| New Jersey | 1999 |
| U.S. District Court, District of New Jersey | 1999 |
| U.S. District Court, Southern District of New York | 2001 |
| U.S. District Court, Eastern District of New York | 2001 |
| U.S. District Court, Eastern District of Arkansas | 2003 |

       U.S. District Court, Western District of Arkansas    2003

       U.S. District Court, District of Colorado    2003

2.    I am in good standing in every jurisdiction where I have been admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.    I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January __, 2005

Respectfully submitted,

*[signature]*

David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel.: (631) 367-7100

00003974.WPD ; 1