UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

Defendants.

---

Civ. No. 1:04 CV 12263 (PBS)

FILED IN CLERKS OFFICE
2005 JAN 19  P 1:07

DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, David A. Rosenfeld, hereby certify that:

1. I am an associate in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, 200 Broadhollow Road, Suite 406, Melville, New York 11747. I was admitted to the bar of New York in 2000. I am also admitted to practice in the following jurisdictions:

| Jurisdiction | Year |
|---|---|
| New Jersey | 1999 |
| U.S. District Court, District of New Jersey | 1999 |
| U.S. District Court, Southern District of New York | 2001 |
| U.S. District Court, Eastern District of New York | 2001 |
| U.S. District Court, Eastern District of Arkansas | 2003 |

00003974.WPD ; 1

        U.S. District Court, Western District of Arkansas    2003

        U.S. District Court, District of Colorado    2003

2.   I am in good standing in every jurisdiction where I have been admitted to practice.

3.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.   I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January __, 2005

Respectfully submitted,

David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel.: (631) 367-7100

00003974.WPD; 1