UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 JAN 19 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,

    Defendants.

Civ. No. 1:04 CV 12263 (PBS)

---

## ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Samuel H. Rudman of the law firm of Lerach Coughlin Stoia Geller Rudman and Robbins, LLP, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.     Mr. Rudman has been a member in good standing of the bars of New Jersey since 1992 and New York since 1993.

2.     There are no disciplinary proceedings against Mr. Rudman as a member of the bar in any jurisdiction.

3.     Mr. Rudman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      4.      In further support of this motion, Mr. Rudman has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: January 19, 2005                                          Respectfully submitted,

*/s/ David Pastor*
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/19/05

*/s/ David Pastor*