UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SHARON BOBBITT, Individually on Behalf of
All Others Similarly Situated,

    Plaintiff,

v.

ANDREW J. FILIPOWSKI and MICHAEL P.
CULLINANE,

    Defendants.

Civ. No. 1:04 CV 12263 (PBS)

---

### CERTIFICATION FOR ADMISSION PRO HAC VICE
### PURSUANT TO LOCAL RULE 83.5.3 OF THE
### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Samuel H. Rudman, hereby certify that:

  1.  I am a partner in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, 200 Broadhollow Road, Suite 406, Melville, New York 11747. I was admitted to the bar of New York in 1993. I am also admitted to practice in the following jurisdictions:

| | |
|---|---|
| New Jersey | 1992 |
| U.S. District Court, District of New Jersey | 1992 |
| U.S. District Court, Southern District of New York | 1995 |
| U.S. District Court, Eastern District of New York | 1995 |
| U.S. District Court, District of Colorado | 2000 |

00003972.WPD ; 1

|   |   |
|---|---|
| U.S. District Court, Eastern District of Arkansas | 2003 |
| U.S. District Court, Western District of Arkansas | 2003 |
| U.S. Court of Appeals, Fourth Circuit | 2004 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January 17, 2005

Respectfully submitted,

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel.: (631) 367-7100