UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>Defendants. | Civ. No. 1:04 CV 12263 (PBS) |

**JOINT MOTION TO MODIFY SCHEDULE**

Now come the parties to the above-entitled action and request a modification of the schedule set at the January 19, 2005 status conference. Specifically, the Plaintiff requests an extension of one week to file a Consolidated Amended Complaint, and the parties jointly request corresponding one week extensions of the other deadlines set at the January 19 conference. The new schedule proposed by this Motion would be as follows:

    a)    Consolidated Amended Complaint to be filed by March 8, 2005;

    b)    Motions to Dismiss to be filed by March 29, 2005; and

    c)    Oppositions to Motions to Dismiss to be filed by April 12, 2005.

No party has previously requested any modification of the schedule, and the proposed

modification will not affect the May 24, 2005 hearing date set by the Court on the motions to dismiss.

Dated: February 28, 2005                                Respectfully submitted,


                                                        /s/ David Pastor
                                                        David Pastor (BBO # 391000)
                                                        GILMAN AND PASTOR, LLP
                                                        Stonehill Corporate Center
                                                        999 Broadway, Suite 500
                                                        Saugus, MA 01906
                                                        Tel.: (781) 231-7850

                                                        Samuel H. Rudman
                                                        David A. Rosenfeld
                                                        LERACH COUGHLIN SOTIA GELLER
                                                        RUDMAN & ROBBINS, LLP
                                                        200 Broadhollow Road, Suite 406
                                                        Melville, NY 11747
                                                        Tel.: (631) 367-7100

                                                        Howard T. Longman
                                                        STULL STULL & BRODY
                                                        6 East 45th Street
                                                        New York, NY 10017
                                                        Tel.: (212) 687-7230

                                                        *Counsel for Plaintiffs*

/s/ Thomas D. Brooks
Thomas D. Brooks
SPERLING & SLATER
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel.: (312) 641-3200

Daniel J. Lyne
HANIFY & KING
One Beacon Street
Boston, MA 02108
Tel.: (617) 423-0400

*Counsel for Defendant Andrew J. Filipowski*

/s/ Joseph E. Collins
Joseph E. Collins
DLA PIPER RUDNICK GRAY CARY US LLP
203 North La Salle Street, Suite 1900
Chicago, IL 60601
Tel.: (312) 368-4000

Bruce S. Barnett
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
Tel.: (617) 406-6000

*Counsel for Defendant Michael P. Cullinane*