UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUESTTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>    Defendants. | No. 04-12263-PBS |
| MIKE TURNER, On behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>    Defendants. | NO 04-12294-PBS |

**MOTION FOR CONSOLIDATION OF RELATED ACTIONS**

Lead Plaintiffs James Tito and Frank Waddell, individually and as trustee FBO Norma G. Waddell Revocable Trust, hereby move this Court for an Order (attached hereto as Exhibit A) consolidating *Sharon Bobbitt v. Andrew J. Filipowski*, 04-12263-

{00004341.DOC ; 1}

PBS, and *Mike Turner v. Andrew J. Filipowski*, 04-12294-PBS, for all purposes. In support of this motion, movants submit an accompanying memorandum of law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for defendants and counsel for plaintiff in the *Turner* action, in a good faith effort to resolve or narrow the issues raised by this Motion, with the following results: counsel for plaintiff in the *Turner* action indicated that they oppose the relief sought by this Motion and counsel for Defendants indicate that they assent to the relief sought by this Motion.

Respectfully submitted,

DATED:  March 8, 2005

GILMAN AND PASTOR LLP

/s/ David Pastor
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
Tel.: 781/231-7850
Fax:  781/231-7840
*Liaison Counsel for Plaintiffs and the Class*

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

STULL STULL & BRODY
Howard Longman
6 East 45th Street
New York, New York  10017
Telephone:  212/687-7230
212/490-2022 (fax)

*Lead Counsel for Plaintiffs and the Class*