UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04-12263-PBS |
| MIKE TURNER, On behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 04-12294-PBS |

**ORDER CONSOLIDATING RELATED ACTIONS**

Having considered the motion of James Tito and Frank Waddell, individually and as trustee FBO Norma G. Waddell Revocable Trust, for consolidation of the above-captioned actions, and the Memorandum of Law in support thereof, and good cause appearing therefor, the above-captioned actions are hereby consolidated for all purposes.

SO ORDERED THIS ____ day of _____, 2005.

_____
U.S. District Judge

{00004340.DOC ; 1}