UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>             Defendants. | Civ. No. 1:04 CV 12263 (PBS) |

**CERTIFICATE OF SERVICE**

I, Halye A. Sugarman, certify that I have on this 23rd day of March 2003, served a copy of the Joint Motion to Modify Briefing Schedule and for Leave to File Brief in Excess of Twenty Pages, upon counsel of record, by electronic filing or first class mail, postage prepaid.

/s/ Halye A. Sugarman
_____
Halye A. Sugarman

Dated: March 23, 2005
426304