IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>        Defendants. | Case No. 04-12263-PBS<br><br>Judge Saris |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Andrew J. Filipowski and Michael P. Cullinane, by their counsel, hereby move this Court to dismiss plaintiffs' Second Consolidated Class Action Complaint For Violations Of The Federal Securities Law for failure to state a claim under Fed. R. Civ. P. 12(b)(6), failure to plead fraud with sufficient particularity under Fed. R. Civ. P. 9(b), and failure to state a claim under The Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78o-4.  In support of their motion, Defendants submit their supporting Memorandum of Law which is attached hereto.

~CHGO1:30564854.v1

Dated: April 7, 2005                                   Respectfully submitted,

                                                       ANDREW J. FILIPOWSKI


                                                       /s/ Bruce S. Sperling
                                                       By One of His Attorneys

                                                       MICHAEL P. CULLINANE


                                                       /s/ Joseph Collins
                                                       By One of His Attorneys


Bruce S. Sperling
Thomas D. Brooks
(Admitted *Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
312-641-3200

Daniel J. Lyne
Halye A. Sugarman
HANIFY & KING
One Beacon Street
Boston, MA 02108
Tel.: (617) 423-0400

*Counsel for Defendant Andrew J. Filipowski*

Samuel B. Isaacson
Lawrence A. Wojcik
Joseph Collins
(Admitted *Pro Hac Vice*)
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
Tel.: (312)368-4000

*Counsel for Defendant Michael P. Cullinane*

~CHGO1:30564854.v1