## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2005, true and correct copies of the foregoing **DEFENDANTS' MOTION TO DISMISS**, **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**, and **APPENDIX TO DEFENDANTS' MOTION TO DISMISS** were served upon the parties listed below *via* United States First Class Mail, properly addressed and postage prepaid.

/s/ Joseph Collins

Guri Ademi
ADEMI & O'REILLY
3620 East Layton
Cudahy, WI 53110

Robert D. Allison
Bruce C. Howard
LAW OFFICES OF ROBERT D. ALLISON & ASSOC.
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

Daniel J. Lyne
HANIFY & KING
One Beacon Street
Boston, MA 02108-3107

Marc A. Topaz
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Samuel H. Rudman
David A. Rosenfeld
CAULEY, GELLER, BOWMAN, COATS & RUDMAN, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

Bruce S. Sperling
Thomas D. Brooks
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL  60603

Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Marvin A. Miller
Jennifer Winter Sprengel
Christopher B. Sanchez
MILLER FAUCHER AND CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602

David Pastor
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

DM_US\8180144.v1