IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 04-12263-PBS |
| v. | ) ) | Judge Saris |
| ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE, | ) ) ) ) | |
| Defendants. | ) | |

**Appendix to Defendants' Motion to Dismiss**

**VOLUME ONE OF TWO**

| Tab No. | Complaint ¶ Cited | Description |
|---|---|---|
| 1 | | Divine, Inc. Stock History |
| 2 | 30 | 9/17/01 RoweCom prospectus |
| 3 | 33 | 9/18/01 eShare prospectus |
| 4 | 36 | 10/30/01 Eprise prospectus |
| 5 | 42 | 11/12/01 divine press release |

Samuel B. Isaacson
Joseph Collins
DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHARON BOBBITT, Individually and on Behalf )
of All Others Similarly Situated, )
 )
Plaintiff, )   Case No. 04-12263-PBS
v. )   Judge Saris
 )
ANDREW J. FILIPOWSKI and )
MICHAEL P. CULLINANE, )
 )
Defendants. )

**Appendix to Defendants' Motion to Dismiss**

**VOLUME TWO OF TWO**

| Tab No. | Complaint ¶ Cited | Description |
|---|---|---|
| 6 | 45 | 12/5/01 Data Return prospectus |
| 7 | 54 | 3/7/02 divine press release |
| 8 | 57 | 3/13/02 divine investor conference call transcript |
| 9 | 76, 78 | 4/1/02 – divine 10-K for year ending 12/31/01 |
| 10 | 86 | 5/1/02 divine press release |
| 11 | 88 | 5/1/02 divine investor conference call transcript |
| 12 | 93 | 5/23/02 divine press release |
| 13 | 96 | 5/30/02 divine press release |
| 14 | 98 | 7/17/02 divine press release |
| 15 | 102 | 7/30/02 divine press release |
| 16 | 104 | 7/30/02 divine investor conference call transcript |
| 17 | 106 | 7/30/02 Delano prospectus |
| 18 | 112 | 8/14/02 divine 10-Q for three months ended June 30, 2002 |
| 19 | 114 | 8/27/02 Viant prospectus |
| 20 | 115 | 8/28/02 divine press release |
| 21 | 118 | 10/17/02 divine press release |
| 22 | 121 | 11/7/02 divine press release |
| 23 | 128 | 11/14/02 divine 10-Q for three months ended September 30, 2002 |
| 24 | 133 | 12/20/02 divine press release |

Samuel B. Isaacson
Joseph Collins
DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000