# EXHIBIT B

## STATEMENTS OF PUFFERY CITED IN THE COMPLAINT[1]

| TYPE OF STATEMENT | STATEMENT | CASE |
|---|---|---|
| How divine was positioned in marketplace and positioned to achieve its goals | "[W]e have adopted the following key elements of our strategy: ... *Position* divine as a technology owner and solutions integrator." Am. Cmplt. at ¶ 30.<br><br>"Over the past year, divine has made a number of acquisitions and significantly rounded out its offering of products and services to *position* itself as a leader in the extended enterprise space." Am. Cmplt. at ¶ 54.<br><br>"divine is now *positioned* to deliver extended enterprise solutions to a diversified customer base exceeding 21,600 clients with a focus on Global 5000, high-growth middle market companies, academic and government organizations." Am. Cmplt. at ¶ 54.<br><br>"The acquisitions we made this year, as well as our ability to integrate the products, development teams, management and financial systems of the acquired companies *position* divine for achieving its profitability goal by the fourth quarter of 2002." Am. Cmplt. at ¶ 54.<br><br>"We are *committed* to reducing our cash burn and to achieving profitability by the fourth quarter…" Am. Cmplt. at ¶ 86.<br><br>"divine is *well positioned* for strong growth …" Am. Cmplt. at ¶ 102.<br><br>"We believe divine is *well-positioned* for profitable growth." Am. Cmplt. at ¶ 121. | Company was "creating the world's most complete financial portal solutions provider that is *well positioned* …" *In re SI Corp. Sec. Litig.*, 173 F. Supp. 2d 1334, n. 16 (N.D. Ga. 2001) (emphasis added).<br><br>Company was "*position[ed]* …for long-term growth."<br><br>"Solid execution of our cost reduction programs and consistent focus on our key initiatives *will position* us for enhanced earnings potential once the economy improves." *Orton v. Parametric Technology Corp.*, 344 F. Supp. 2d 290, 301-2 (D. Mass. 2004) (emphasis added).<br><br>"With our new product announcement …, *we have positioned the Company to participate in significantly broader market opportunities in the future.*" *In re Boston Technology, Inc. Sec. Litig.*, 8 F. Supp. 2d 43, 68 (D. Mass. 1998) (emphasis added).<br><br>Company was "*poised* to carry the growth and success of 1991 into the future." *Raab v. General Physics Corp.*, 4 F.3d 286, 289 (4th Cir. 1993) (emphasis added). |

---

[1] Emphasis added to quotations from complaint.

~CHGO1:30565026.v1

# STATEMENTS OF PUFFERY CITED IN THE COMPLAINT

| TYPE OF STATEMENT | SUBJECT STATEMENTS IN COMPLAINT | SIMILAR STATEMENTS HELD PUFFERY AS A MATTER OF LAW |
|---|---|---|
| Progress of divine in executing its acquisition strategy/business plan and integrating acquisitions | "Throughout strategic acquisitions we have assembled a ***powerhouse*** combination of services." Am. Cmplt. at ¶ 54.<br><br>"[T]his is the perfect time to take the natural next step in creating integrated solutions ..." Am. Cmplt. at ¶ 87.<br><br>"[W]e feel that we just accomplished the first quarter that is exactly ***on plan*** in terms of revenue, exactly on plan in terms of consolidation integration that we are going through." Am. Cmplt. at ¶ 88.<br><br>"We have made significant progress in executing our business plan during the past year, aggressively building out our extended enterprise offerings through organic growth and acquisitions while working diligently to eliminate excess costs as we ***strive*** to reach profitability by the end of the year." Am. Cmplt. at ¶ 93.<br><br>"divine continued to make ***progress*** during the second quarter toward our goal of achieving operating profitability by year-end, increasing top-line revenue, while controlling spending." Am. Cmplt. at ¶ 98.<br><br>"divine continued to ***gain traction*** in the extended enterprise market ..." Am. Cmplt. at ¶ 102.<br><br>"divine is ***on track*** to generate revenue of more than $650 million this year ..." Am. Cmplt. at ¶ 102. | "Company is ***on target*** to achieve projected 'synergies' and cost savings"<br><br>"[w]e continue to demonstrate the ***viability of our growth strategy* ...*" In re Federal-Mogul Corp. Sec. Litig.*, 166 F. Supp. 2d 559, 563 (E.D. Mich. 2001) (emphasis added).<br><br>Company has experienced "***substantial success***" in integrating the sales forces of the two companies" *Grossman v. Novell, Inc.*, 120 F.3d 1112, 1121 (10th Cir. 1997).<br><br>"We are ***very pleased*** with our performance." *Van Ormer v. Aspen Technology, Inc.*, 145 F.Supp 2d 101, 107 (D. Mass. 2001) (emphasis added).<br><br>Integration of acquisitions was "'well underway' and progressing smoothly." *Rombach v. Chang*, 355 F.3d 164, 172 (2nd Cir. 2004).<br><br>We are "confident that the new deal places the new [corporation] in a ***stronger*** position for executing its long-term global strategy." *SI Corp. Sec. Litig.*, 173 F. Supp. 2d 1334, n. 17 (N.D. Ga. 2001) (emphasis added). |

2

# STATEMENTS OF PUFFERY CITED IN THE COMPLAINT

| TYPE OF STATEMENT | STATEMENT | APPLICABLE CASE LAW |
|---|---|---|
| Strength of divine as a company and confidence in its ability to grow | "We are particularly *pleased by the strength* of our international operations." Am. Cmplt. at ¶ 59.<br><br>"We do have the freshest to newest technology, the best ... products ..." Am. Cmplt. at ¶ 61.<br><br>"divine continued to make progress during the second quarter toward our goal of achieving operating profitability by year-end, increasing top-line revenue, while controlling spending." Am. Cmplt. at ¶ 67.<br><br>"We at divine are very *proud* to be recognized among the fastest-growing technology companies in North America ... We identified early on the market need for solutions that help companies better interact and collaborate through their value chain, and *attribute* our rapid growth to our ability to acquire, interact and grow the leading technologies and services that enable Extended Enterprise solutions and serve our 20,000-plus customer base. We *expect* to see growing demand for our solutions as companies embrace Extended Enterprise strategies that demonstrate a real impact on the bottom line." Am. Cmplt. at ¶ 118. | "confidence" in "the fundamental *strength*" of company's business and its "strong competitive position." *In re Parametric Technology Corp.*, 300 F. Supp. 2d 206, 218 (D. Mass. 2001).<br><br>Management is "extremely proud of our success and our focus on near and long term opportunities in the software evolution market place. *In re Peritus Software Services, Inc.*, 52 F. Supp. 2d 211, 220 (D. Mass. 1999).<br><br>"The fundamentals of the Company are fine, and I think [Wall] Street responded to that."; With "our *strong cash position* we have an opportunity to repurchase shares at an attractive price." *In re Boston Technology, Inc. Sec. Litig.*, 8 F. Supp. 2d 43, 63, 71 (D. Mass. 1998).<br><br>"They are indicative of a *healthy* market sector ... in all our geographies, and *broader awareness* of [the company's] product advantages." *In re Splash Technology Holdings, Inc. Sec. Litig.*, No. C 99-00109, 2000 WL 17273777, *17 (N.D. Cal. Sep. 29, 2000) (emphasis added).<br><br>"We feel *very, very good about the robust growth* we are experiencing." "We are confident as ever – that may be an understatement" – about a key company product. *Johnson v. Tellabs*, 262 F. Supp. 2d 937, 951 (N.D. Ill. 2003) (emphasis added). |

3

~CHGO1:30565026.v1