UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | No. 04-12263-PBS |
| v. ) | |
| ) | |
| ANDREW J. FILIPOWSKI, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for defendant Michael P. Cullinane.

Respectfully submitted,
/s/John A.D. Gilmore
John A.D. Gilmore  (BBO #193060)
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated: April 28, 2005