UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sharon Bobbitt, et al
        Plaintiffs,                          CIVIL ACTION
                                                      NO. 04-12263-PBS
      v.

Andrew Filipowski, et al
        Defendants.

## NOTICE OF STATUS HEARING

SARIS, U.S.D.J.                                                               February 15, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Hearing on **March 15, 2006**, at **4:15 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                                            By the Court,

                                                                            /s/ Robert C. Alba
                                                                           Deputy Clerk

Copies to: All Counsel