**STULL, STULL & BRODY**
*ATTORNEYS AT LAW*
*6 EAST 45th STREET*
*NEW YORK, N.Y. 10017*

*TELEPHONE*
*212-687-7230*

*TELECOPIER*
*212-490-2022*

April 27, 2006

<u>Via Electronic Filing</u>

Honorable Patti B. Saris
United States District Court Judge
United States District Court
1 Courthouse Way
Boston, Massachusetts

Re: <u>Bobbit v. Filipowski</u>, No. 04-12263-PBS

Dear Judge Saris:

    I am one of the lead counsel for plaintiffs in the above referenced case. At the status hearing before this Court on March 15, 2006, your Honor directed the parties to file a motion for preliminary approval of the settlement by May 1, 2006.

    Despite extensive efforts to meet this deadline, we have been unable to finalize our agreement on one or two discrete issues in the stipulation of settlement, but we anticipate that we will be able to do so over the next three weeks. Moreover, the process has been slowed down due to the large number of defense counsel and the intervening Passover and Easter holidays. In addition, efforts are being made to transfer a related action from bankruptcy court in Illinois to this Court.

Accordingly, the parties respectfully request that this Court extend the time to file preliminary settlement papers until May 22, 2006.

Respectfully submitted,

*/s/ Howard Longman*

Howard T. Longman

cc: All Counsel