# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on behalf of all others similarly situation, | )<br>)  C.A. No. 04-12263-PBS<br>) |
| Plaintiff, | ) |
| vs . | )<br>) |
| ANDREW J. FILIPOWSKI, et al., | )<br>) |
| Defendant. | ) |
| | ) |

## PLAINTIFFS' ASSENTED-TO MOTON FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Lead Plaintiffs James Tito and Frank Wadell and Plaintiffs Jeffrey A. Hoover, Patricia

Diamantouros, Mike Turner, James F. Howard and Chris Brown, ("Plaintiffs"), move this Court

for entry of an Order preliminarily approving a proposed settlement pursuant to Fed. R. Civ. P.

23(e) that will resolve this securities class action against Defendants Andrew J. Filipowski,

Michael P. Cullinane, Paul Humenansky, Tommy Bennett, John Cooper, James E. Cowie,

Michael H. Forster, Arthur W. Hahn, Thomas I. Meredith, J. Kevin Nater and John Rau

("Defendants"), and establishing a schedule for giving notice to the Settlement Class members,

allowing Settlement Class members an opportunity to object or exclude themselves from the

Settlement Class, scheduling a hearing to consider final approval of the settlement, and requiring

Settlement Class members to submit Proofs of Claim forms by a fixed deadline.  Plaintiffs

submit with this Motion the Stipulation of Settlement dated as of May 22, 2006 (the "Settlement

Stipulation") (Exhibit 1).  The Settlement Stipulation provides for a cash settlement of

$6,500,000.00, plus interest, to be paid to the Class.

{00008500.DOC ; 1}

Exhibit A to the Settlement Stipulation is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Order"). The proposed Preliminary Order: (1) grants preliminary approval of the proposed settlement; (2) requests certification of the Settlement Class defined therein; (3) directs that the Settlement Class be given notice of the proposed settlement in the form and manner proposed by the parties following approval by the Bankruptcy Court of the use of insurance proceeds to fund the Settlement; and (4) schedules a hearing at which the Court will consider the Plaintiffs' Motion for final approval of the settlement and plan of allocation of settlement proceeds, as well as entry of the parties' proposed final judgment, and Plaintiffs' counsels' application for an award of attorneys' fees and reimbursement of costs.

The grounds for this Motion are set forth fully in Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Settlement with Defendants.

WHEREFORE, Plaintiffs respectfully move this Court to enter the Preliminary Order in Connection with Settlement Proceedings submitted herewith as Exhibit A to the Settlement Stipulation.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel hereby certifies that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this motion, and that Defendants assent to the relief sought by this Motion.

Dated: May 23, 2006                    Respectfully submitted,

/s/  David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA  02109
Telephone:  617/742-9700
617/742-9701 (fax)

**Local Counsel**
LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, TN 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
655 West Broadways, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STULL, STULL & BRODY
JULES BRODY
HOWARD T. LONGMAN
6 East 45th Street
4th Floor
New York, NY  10017
Telephone:  212/687-7230
212/490-2022 (fax)

**Co-Lead Counsel for Plaintiffs and the Class**

ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

**_Attorneys for Plaintiffs Mike Turner,_**
**_James F. Howard and Chris Brown_**

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2006.

/s/  David Pastor