UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 04-12263-PBS |
| | ) | SUMMARY NOTICE |
| Plaintiff, | ) ) | EXHIBIT A-3 |
| vs. | ) ) | |
| ANDREW J. FILIPOWSKI, et al., | ) ) | |
| Defendants. | ) ) ) | |

TO:     ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED DIVINE, INC. ("DIVINE") SECURITIES ON THE OPEN MARKET BETWEEN SEPTEMBER 17, 2001 AND FEBRUARY 14, 2003, INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Massachusetts, that a hearing will be held on _____, 2006, at ____ _.m., before the Honorable Patti B. Saris at the United States Courthouse, Boston, Massachusetts, for the purpose of determining (1) whether the proposed settlement of the claims in the Litigation for the sum of $6,500,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) whether, thereafter, this Litigation should be dismissed with prejudice as set forth in the Stipulation of Settlement dated as of May __, 2006; (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (4) whether the application of Plaintiffs' Counsel for the payment of attorneys' fees and reimbursement of expenses incurred in connection with this litigation should be approved.

If you purchased or otherwise acquired divine securities during the period September 17, 2001 through February 14, 2003, inclusive, your rights may be affected by the settlement of this Litigation.  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action, Motion for Attorneys' Fees and Settlement Fairness Hearing and a copy of the Proof of Claim and Release, you may obtain copies by writing to *divine Securities Litigation*, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, CA 94912, or by downloading them at www.gilardi.com.  If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release postmarked no later than _____, 2006, establishing that you are entitled to recovery.

If you desire to be excluded from the Class, you must submit a Request for Exclusion postmarked by _____, 2006, in the manner and form explained in the detailed Notice referred to

- 1 -

above.  All Members of the Class who have not requested exclusion from the Class will be bound by any Judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to the settlement must be mailed or delivered such that it is received by each of the following no later than _____, 2006:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way
Boston, MA 02210

*Lead Counsel for Plaintiffs in the Litigation*:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101

STULL, STULL & BRODY
HOWARD T. LONGMAN
6 East 45th Street, 5th Floor
New York, NY  10017

*Counsel for Defendant Andrew J. Filipowski*

SPERLING & SLATER
THOMAS D. BROOKS
55 West Monroe Street, Suite 3200
Chicago, IL  60603

*Counsel for Defendant Michael P. Cullinane*

DLA PIPER RUDNICK GRAY CARY US LLP
SAMUEL B. ISAACSON
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293

*Counsel for Defendant Paul L. Humenansky*

HOWREY LLP
JOEL G. CHEFITZ
321 North Clark Street, Suite 3400
Chicago, IL  60610

- 2 -

Counsel for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael
H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau

KIRKLAND & ELLIS, LLP
MICHAEL A. DUFFY
200 E. Randolph Drive
Chicago, IL  60601

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING**

**THIS NOTICE.**  If you have any questions about the settlement, you may contact Lead Counsel at

the address listed above.

DATED: _____          BY ORDER OF THE COURT
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF MASSACHUSETTS

S:\Settlement\Divine.set\(v1) A3-00028104.doc

- 3 -