UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>    Defendants.<br><br>―――――――――――――――――――<br>JAMES HOWARD and CHRIS BROWN, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>    Defendants. | No. 04-12263-PBS<br><br>**CONFIDENTIALITY AGREEMENT** |

This Confidentiality Agreement is intended to be incorporated into the Stipulation of Settlement dated May 22, 2006 (the "Stipulation"). The terms used herein shall have the same meanings as in the Stipulation.

IT IS HEREBY AGREED AS FOLLOWS:

1. For purposes of this Confidentiality Agreement, the following definitions are used: (i) "Termination Date" shall mean the date that a final order of the Court of last resort terminating the above-captioned litigation as to all Defendants is no longer subject to further proceedings, appeal or review; (ii) "Divine Materials and Information" means all materials and/or information produced or obtained in connection with the Lawsuits and/or related mediations and settlement discussions regarding, or otherwise obtained regarding, Divine, Inc. (including its present and former parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, employees, agents and any of its legal representatives (and the predecessors, heirs, executors, administrator, successors and assigns of each of the foregoing)) including, without limitation, confidential, highly confidential and non-confidential materials, depositions, interrogatory responses, documents (including, without limitation, information or data stored or recorded in the form of electronic or magnetic media), responses to requests for admissions, privilege logs, and other litigation papers not contained in a public filing; (iii) "Work Product" means attorney work product, expert work product and expert reports; and (iv) "Government Process" means a requirement of law, court order, subpoena, civil investigative demand or other federal, state, local or regulatory government process.

2. Counsel for Plaintiffs and/or the Class Members agree that, within 20 business days after the Termination Date, they shall destroy any copy of Divine Materials and Information under the custody or sole control of counsel for the Plaintiffs and/or the Class Members, if any such materials are in the possession of Plaintiffs and/or any Class Members. Counsel for Plaintiffs and/or

the Class Members further agree that after the Termination Date, they will not obtain, from any source, any Divine Materials and Information. During the interim between execution of this Confidentiality Agreement and the Termination Date, counsel for the Plaintiffs and/or the Class Members shall use Divine Materials and Information only (i) for purposes of the above-captioned litigation; (ii) to comply with any Government Process; or (iii) in connection with any matter during or subsequent to the above-captioned litigation in which counsel for Plaintiffs and/or the Class Members, or any of such counsel, is a party. Upon request, counsel for the Plaintiffs and/or the Class Members shall provide Defendants with written confirmation that, to the best of their knowledge, all documents required to be destroyed have been destroyed. This provision requiring destruction of Divine Materials and Information does not apply to counsel's copies of documents filed with the Court. There shall be no obligation to destroy copies of notes of other materials which are Work Product.

3. Settling Plaintiffs' counsel agree that after the Termination Date, they shall not disclose to any third party any Work Product that contains excerpts or summaries of Divine Materials and Information except (i) to comply with any Government Process; or (ii) in connection with any matter subsequent to the above-captioned litigation in which counsel for plaintiffs and/or the Class Members, or any of such counsel, is a party.

4.  Any dispute among the parties hereto concerning the interpretation or application of the Confidentiality Agreement shall be presented to the Court for resolution upon the application of any party hereto.

DATED: *May 22*, 2006

GILMAN AND PASTOR, LLP
DAVID PASTOR (BBO #391000)
60 State Street, 37th Floor

*/s/ David Pastor*
DAVID PASTOR (BBO #391000)

Boston, MA 02109
Telephone: 617/742-9700
617/742-9701 (fax)

DATED: _____, 2006

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

- 3 -

4.  Any dispute among the parties hereto concerning the interpretation or application of the Confidentiality Agreement shall be presented to the Court for resolution upon the application of any party hereto.

DATED: _____, 2006

GILMAN AND PASTOR, LLP
DAVID PASTOR (BBO #391000)
60 State Street, 37th Floor

_____
DAVID PASTOR

Boston, MA 02109
Telephone: 617/742-9700
617/742-9701 (fax)

DATED: May 22, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

DATED: *May 22*, 2006

STULL, STULL & BRODY
JULES BRODY
HOWARD T. LONGMAN

_____
HOWARD T. LONGMAN

6 East 45th Street
4th Floor
New York, NY 10017
Telephone: 212/687-7230
212/490-2022 (fax)

Co-Lead Counsel for Plaintiffs and the Class

ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA

_____
MARC M. UMEDA

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Mike Turner, James F. Howard and Chris Brown

DATED: _____, 2006

SPERLING & SLATER
BRUCE S. SPERLING
THOMAS D. BROOKS

_____
THOMAS D. BROOKS

55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312/641-3200
312/641-6492 (fax)

Attorneys for Defendants Andrew J. Filipowski

- 4 -

Case 1:04-cv-12263-PBS   Document 87-7   Filed 05/23/2006   Page 7 of 10
To: RelayFax via port COM3   From: 6195253991   5/22/2006 3:51:51 PM (Page 2 of 2)
From:DIVINE                     6195253991         05/22/2006 13:47        #144 P.002/002

DATED: _____, 2006        STULL, STULL & BRODY
                                  JULES BRODY
                                  HOWARD T. LONGMAN

                                  _____
                                       HOWARD T. LONGMAN

                                  6 East 45th Street
                                  4th Floor
                                  New York, NY 10017
                                  Telephone: 212/687-7230
                                  212/490-2022 (fax)

                                  Co-Lead Counsel for Plaintiffs and the Class

                                  ROBBINS UMEDA & FINK, LLP
                                  MARC M. UMEDA

                                  _____
                                       MARC M. UMEDA

                                  610 West Ash Street, Suite 1800
                                  San Diego, CA 92101
                                  Telephone: 619/525-3990
                                  619/525-3991 (fax)

                                  Attorneys for Plaintiffs Mike Turner, James F.
                                  Howard and Chris Brown

DATED: _____, 2006        SPERLING & SLATER
                                  BRUCE S. SPERLING
                                  THOMAS D. BROOKS

                                  _____
                                       THOMAS D. BROOKS

                                  55 West Monroe Street, Suite 3200
                                  Chicago, IL 60603
                                  Telephone: 312/641-3200
                                  312/641-6492 (fax)

                                  Attorneys for Defendants Andrew J. Filipowski

- 4 -

        6 East 45th Street
        4th Floor
        New York, NY 10017
        Telephone: 212/687-7230
        212/490-2022 (fax)

        Co-Lead Counsel for Plaintiffs and the Class

        ROBBINS UMEDA & FINK, LLP
        MARC M. UMEDA

        _____
                   MARC M. UMEDA

        610 West Ash Street, Suite 1800
        San Diego, CA 92101
        Telephone: 619/525-3990
        619/525-3991 (fax)

        Attorneys for Plaintiffs Mike Turner, James F.
        Howard and Chris Brown

DATED: __MAY 22__, 2006      SPERLING & SLATER
                             BRUCE S. SPERLING
                             THOMAS D. BROOKS

        _____
                   THOMAS D. BROOKS

        55 West Monroe Street, Suite 3200
        Chicago, IL 60603
        Telephone: 312/641-3200
        312/641-6492 (fax)

        Attorneys for Defendants Andrew J. Filipowski

DATED: *May 22*, 2006

DLA PIPER RUDNICK GRAY CARY US LLP
SAMUEL B. ISAACSON

_____
SAMUEL B. ISAACSON

203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Telephone: 312/368-4000

Attorneys for Defendant Michael P. Cullinane

DATED: _____, 2006

HOWREY LLP
JOEL G. CHEFITZ
JAMES E. HANLON, JR.

_____
JOEL G. CHEFITZ

321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: 312/595-1522
312/595-2250 (fax)

Attorneys for Defendant Paul L. Humenansky

DATED: *May 22*, 2006

KIRKLAND & ELLIS, LLP
JOHN F. HARTMAN
MICHAEL A. DUFFY

_____
~~MICHAEL A. DUFFY~~
JOHN F. HARTMAN

200 E. Randolph Drive
Chicago, IL 60601
Telephone: 312/861-2000
312/861-2200 (fax)

Attorneys for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau

DATED: _____, 2006        DLA PIPER RUDNICK GRAY CARY US LLP
                                                  SAMUEL B. ISAACSON

_____
SAMUEL B. ISAACSON

203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Telephone: 312/368-4000

Attorneys for Defendant Michael P. Cullinane

DATED: May 23, 2006        HOWREY LLP
                                  JOEL G. CHEFITZ
                                  JAMES E. HANLON, JR.

_____
JOEL G. CHEFITZ

321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: 312/595-1522
312/595-2250 (fax)

Attorneys for Defendant Paul L. Humenansky

DATED: _____, 2006        KIRKLAND & ELLIS, LLP
                                        JOHN F. HARTMAN
                                    MICHAEL A. DUFFY

_____
MICHAEL A. DUFFY

200 E. Randolph Drive
Chicago IL 60601
Telephone: 312/861-2000
312/861-2200 (fax)

Attorneys for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau