# GILMAN AND PASTOR, LLP

ATTORNEYS AT LAW

60 STATE STREET

37TH FLOOR

BOSTON, MASSACHUSETTS 02109

TELEPHONE: 617/742-9700

WWW.GILMANPASTOR.COM

FACSIMILE: 617/742-9701

May 31, 2006

The Hon. Patti B. Saris
UNITED STATES DISTRICT COURT
One Courthouse Way
Boston, MA 02210

    Re:    Bobbit v. Filipowski, et al., C.A. No. 04-12263-PBS

Dear Judge Saris:

On May 23, 2006, the parties to this action filed a Motion for Preliminary Approval of Proposed Settlement and supporting papers. In the event that the Court intends to hold a hearing on preliminary settlement approval, I write to inform the Court as to proposed dates when counsel for all parties are available. Those dates are June 6, 7, 13 and 14. In the event that those dates are not convenient for the Court, counsel will endeavor to select alternative dates.

                                                          Respectfully,

                                                          David Pastor

cc:    all counsel of record