UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>            Defendants. | No. 04-12263-PBS<br><br>ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE |

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Ellen Gusikoff Stewart of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Stewart has been a member in good standing of the bar of California since 1989.

2. There are no disciplinary proceedings against Ms. Stewart as a member of the bar in any jurisdiction.

3. Ms. Stewart has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Stewart has submitted herewith her Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

DATED: *May 22*, 2005

GILMAN AND PASTOR, LLP
DAVID PASTOR (BBO #391000)
60 State Street, 37th Floor

_____
DAVID PASTOR
(BBO # 391000)
Boston, MA 02109
Telephone: 617/742-9700
617/742-9701 (fax)

S:\Settlement\Divine.set\MOTION PRO HAC 00030816.doc