UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>   Defendants. | ) No. 04-12263-PBS<br>)<br>) CERTIFICATION FOR ADMISSION PRO<br>) HAC VICE PURSUANT TO LOCAL RULE<br>) 83.5.3 OF THE UNITED STATES DISTRICT<br>) COURT FOR THE DISTRICT OF<br>) MASSACHUSETTS<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Ellen Gusikoff Stewart, hereby certify that:

1. I am a partner in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, California 92101. I was admitted to the bar of California in 1989. I am also admitted to practice in the following jurisdictions:

| | |
|---|---|
| U.S. District Court, Southern District of California | 1989 |
| U.S. District Court, Central District of California | 1990 |
| U.S. District Court, Northern District of California | 1990 |
| U.S. District Court, Eastern District of California | 1995 |
| U.S. District Court, Western District of Michigan | 1995 |
| U.S. District Court, District of Colorado | 2005 |
| U.S. Court of Appeals, Ninth Circuit | 1992 |
| U.S. Court of Appeals, Sixth Circuit | 2003 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.  I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

DATED: May 11, 2006

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

S:\Settlement\Divine.set\CERTIFICATION PRO HAC 00030819.doc