UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sharon Bobbitt, et al
                    Plaintiffs,                          CIVIL ACTION
                                                         NO.  04-12263-PBS
            v.

Andrew Filipowski, et al
                    Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                    May 24, 2006

        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion
for Preliminary Approval of Settlement on **June 23, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th
floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                        By the Court,

                                         /s/ Robert C. Alba
                                        Deputy Clerk

Copies to:  All Counsel