## GILMAN AND PASTOR, LLP

ATTORNEYS AT LAW

60 STATE STREET

37TH FLOOR

BOSTON, MASSACHUSETTS 02109

TELEPHONE: 617/742-9700

FACSIMILE: 617/742-9701

WWW.GILMANPASTOR.COM

July 14, 2006

The Hon. Patti B. Saris
UNITED STATES DISTRICT COURT
One Courthouse Way
Boston, MA 02210

Re:   Bobbit v. Filipowski, et al., C.A. No. 04-12263-PBS

Dear Judge Saris:

I serve as Liaison Counsel to the class plaintiffs in the above-referenced securities class action and write to the Court in connection with the proposed setttlement. When we last appeared before your Honor on June 23, 2006, the Court requested that we provide a supplemental memorandum setting forth in greater detail the advantages of the proposed settlement and an explanation as to why the Court should grant its preliminary approval. At that time, the Court inquired as to when this submission could be made, to which we responded that we would be able to file it within the next three weeks, i.e. by today. We now realize that asking for an additional week at that time would have been more prudent, and accordingly, respectfully request that the Court allow us one additional week to file our supplemental memorandum.

Respectfully submitted,

David Pastor

00009007.WPD ; 1