# GILMAN AND PASTOR, LLP
### ATTORNEYS AT LAW
225 FRANKLIN STREET

16TH FLOOR

BOSTON, MA 02110

TELEPHONE: 617/742-9700

FACSIMILE: 617/742-9701

WWW.GILMANPASTOR.COM

August 18, 2006

VIA ELECTRONIC FILING

The Honorable Patti B. Saris
United States District Judge
District Court of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   *Bobbitt v. Filipowski, et al.*
           Case No. 04-12263-PBS

Dear Judge Saris:

    Enclosed please find a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, in the above-referenced action. Counsel for all parties have approved it as to form.

    As we informed the Court during the preliminary approval hearing in June, the parties have agreed that no notice of the settlement will be sent to the Class until the Bankruptcy Court approves the use of the insurance proceeds to fund the settlement. Therefore, upon such approval, the parties will contact this Court to set dates for notice, the final approval hearing and objection and exclusion deadlines. As a result, the enclosed proposed order does not contain a hearing date or any specific deadlines. The parties will submit this Order, once entered, along with a motion for approval of the use of insurance proceeds to fund the Settlement, to the Bankruptcy Court in the very near future.

    If you have any questions, please do not hesitate to contact me.

                                      Respectfully submitted,

                                      David Pastor

Enclosure
cc:
        All Counsel

{00009312.DOC ; 1}