**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW J. FILIPOWSKI )<br>) | No. 04-12263-PBS |

## NOTICE OF CHANGE OF ADDRESS AND LAW FIRM

**TO: Counsel of Record**

PLEASE TAKE NOTICE of the change of address and law firm for Joel G. Chefitz, counsel for Paul L. Humenansky in this action. The new address is:

> McDermott Will & Emery LLP
> 227 W. Monroe St.
> Chicago, IL  60606
> 312.984.6484 (phone)
> 312.987.7700 (fax)
> jchefitz@mwe.com

Dated:  April 3, 2007

        Respectfully submitted,

        /s/  Joel G. Chefitz
        Joel G. Chefitz
        McDermott Will & Emery LLP
        227 W. Monroe St.
        Chicago, IL  60606
        312.984.6484 (ph)
        312.984.7700 (fx)

        *Attorney for Paul L. Humenansky*

CHI99 4808069-1.066460.0011

**CERTIFICATE OF SERVICE**

    I, Joel G. Chefitz, hereby certify that on this 3rd day of April, 2007 I served a copy of the foregoing *Notice of Change of Address and Law Firm* upon counsel of record by electronic filing.

                                                     /s/  Joel G. Chefitz