

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

Samuel H. Rudman, Esq.
srudman@csgrr.com

September 12, 2007

<u>VIA ELECTRONIC FILING</u>

Honorable Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 2300
Boston, MA  02210

    Re:   *divine*
           04-12263-PBS

Dear Judge Saris:

    The parties to the above-captioned litigation respectfully request a continuance of the status conference scheduled for Monday, September 17, 2007.

    As the Court is aware, Plaintiffs and divine's bankruptcy Trustee have reached an agreement in principle to resolve the Trustee's opposition to the settlement of this action. That agreement is contingent upon the Trustee's settlement with divine's former directors. That agreement is still not yet done. Therefore, it would be premature for the Court to set Notice and Final Approval dates in the case at this time.

    The parties apologize for having to seek this additional continuance, and respectfully request that the Court continue the status conference for 45 days to permit the parties to present revised preliminary approval papers to the Court.

                                          Respectfully submitted,

                                          SAMUEL H. RUDMAN

SHR/dlm
cc:    via Facsimile
       All Counsel
C:\Documents and Settings\dgonzales\Local Settings\Temporary Internet Files\OLK83\9-12-07 LTR to Hon Saris.doc