UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARON BOBBITT, Individually and
On Behalf of All Others Similarly
Situated,

        Plaintiffs,

v.

ANDREW J. FILIPOWSKI, et al.,

        Defendants.

Case No. 04-12263-PBS

CERTIFICATE OF SERVICE

I, Brendan C. Recupero, hereby certify that on or before January 18, 2008, I caused a true and accurate copy of the *Status Report By Rowecom Trustee* to be served on the parties at the addresses set forth below via the Court's electronic notification system, electronic mail or first class mail, postage prepaid.

January 18, 2008                    /s/ Brendan C. Recupero

- Bruce S. Barnett - bruce.barnett@dlapiper.com, Janine.medina@dlapiper.com
- Thomas David Brooks – tdbrooks@aperling-law.com
- Joel G. Chefitz – jchefitz@mwe.com
- Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust – jkoltun@craigmacauley.com
- Joseph Edward Collins – joseph.collins@dlapiper.com
- Mayeti Gametchu – mgametchu@wolfblock.com, mahall@wolfblock.com
- John A.D. Gilmore – john.gilmore@dlapiper.com
- Ellen Anne Gusikoff Stewart – elleng@csgrr.com
- James E. Hanlon, Jr. – hanlonj@howrey.com
- Howard T. Longman – tsvi@aol.com

- Kevin J. O'Connor – koconnor@wolfblock.com, mahall@wolfblock.com
- David Pastor – dpastor@gilmanpastor.com, rdambrosio@glimanpastor.com
- Stephanie R. Pratt – spratt@segalroitman.com, nsmith@segalroitman.com
- David A. Rosenfeld – drosenfeld@csgrr.com
- Samuel H. Rudman – srudman@lerachlaw.com
- Anne R. Sills – asills@segalroitman.com, sgilling@segalroitman.com, tsullivan@segalroitman.com
- Bruce S. Sperling – bss@sperling-law.com
- Mary T. Sullivan – msullivan@segalroitman.com, nsmith@segalroitman.com, sgilling@segalroitman.com
- Marc A. Topaz – ecf_filings@sbtklaw.com
- Marc M. Umeda – notice@ruflaw.com, umeda@ruflaw.com, zimmer@ruflaw.com

GuriAdemi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Michael A.Duffy
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60603

Douglas WarrenHyman
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Marvin AllenMiller
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Jennifer WinterSprengel
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

ShpetimAdemi
Ademi & Reilly
3620 East Layton
Cudahy, WI 53110

Eugene J.Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Il 60603

Samuel BayardIsaacson
Piper Rudnick LLO
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Christopher B.Sanchez
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Lawrence A.Wojcik
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293

Celiza PatriciaBraganca
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60601

John F.Hartmann
Kirkland Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Daniel J.Lyne
Hanify & King
One Beacon Street
Boston, MA 02108-3107

Patrick J.Sherlock
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle, Suite 1600
Chicago, IL 60606