UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>) | No. 04-12263-PBS |
| ) | [~~PROPOSED~~] ORDER |
| Plaintiff, )<br>) | |
| vs. )<br>) | |
| ANDREW J. FILIPOWSKI, et al., )<br>) | |
| Defendants. )<br>) | |

1. Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust, James Boles, The Liquidating Trust Representative, as Liquidating Trust Representative of the Enivid, Inc. Liquidation Trust, Andrew J. Filipowski, Paul Humenansky, Michael P. Cullinane, Jude Sullivan, the Underwriters at Lloyd's, The Saint Paul Travelers Companies, Inc., and Federal Insurance Company, by and through their respective counsel, are hereby ORDERED to file one or more status reports with this Court on or before January 17, 2008, indicating whether a settlement agreement has been executed by all parties and submitted to the United States Bankruptcy Court for the District of Massachusetts for approval that would finally resolve the matters styled *Christopher J. Panos, Trustee of the RoweCom Liquidating Trust v. Jude M. Sullivan*, Adversary Proceeding No. 05-1019-JNF and *James Boles, The Liquidating Trust Representative, as Liquidating Trust Representative of the Enivid, Inc. Liquidation Trust v. Andrew J. Filipowski, Paul Humenansky, Michael Cullinane and Jude M. Sullivan*, Adversary Proceeding No. 04-01439 or, if not, whether the prospect of settlement of those matters is in question and what the timetable may be for further proceedings in connection with any settlement in those matters. Non-parties to the above-captioned action are permitted, for purposes of complying with this Order, to file the required status report without entering a formal appearance in this action.

2. The parties are further ORDERED to file a request on or before January 17, 2008, seeking the establishment of a briefing schedule and hearing date in *Christopher J. Panos v. Mike Turner, et al.*, Case No. 1:07-cv-11056-MLW and *James B. Boles v. Mike Turner, et al.*, Case No. 1:07-cv-11057-MLW.

3. The Court has set a hearing on March 25, 2008, AT 4:30 PM for Plaintiffs' motion for final approval of the settlement of the above-captioned action. The parties to the action shall file, by

January 22, 2008, the Amended Stipulation of Settlement and supporting exhibits, including a proposed schedule for notice and objection and exclusion deadlines.

DATED: 1/23/08

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

STULL, STULL & BRODY
HOWARD LONGMAN
6 East 45th Street
4th Floor
New York, NY 10017
Telephone: 212/687-7230
212/490-2022 (fax)

Co-Lead Counsel for Plaintiffs and the Class

S:\Settlement\Divine.set\ORD RE STATUS 00048245.doc

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on January 14, 2008, I caused a true and correct copy of the attached:

Proposed Order

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel listed on the attached service list.



/s/ David A. Rosenfeld
David A. Rosenfeld

Divine (04-12263-PBS)

**Counsel for Defendants**

Thomas D. Brooks
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312/641-3200
312/641-6492 (fax)

John F. Hartmann
Michael A. Duffy
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
Telephone: 312/861-2000
312/861-2200 (fax)

Samuel B. Isaacson
Joseph E. Collins
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, #1900
Chicago, IL 60601-1293
Telephone: 312/368-4000
312/251-5862 (fax)

Joel Chefitz
James Hanlon, Jr.
Howrey Simon Arnold & White, LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: 312/595-1522
312-595-2250 (fax)

**Counsel for Plaintiffs**

Howard T. Longman
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
Telephone: 212/687-7230
212/490-2022 (fax)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
225 Franklin Street
16th Floor
Boston, MA 02110
Telephone: 888-211-6830
617-742-9701 (fax)

Marc M. Umeda
Robbins, Umeda & Fink
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173 (fax)

Ellen Gusikoff Stewart
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)