UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | No. 04-12263-PBS |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | No. 06-11072-PBS |

ASSENTED-TO MOTION TO RE-OPEN CASE, APPROVE [PROPOSED] AMENDED
ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE,
AND SCHEDULE SETTLEMENT HEARING

Plaintiffs respectfully submit this assented-to motion to (i) re-open the above-captioned cases, which were administratively closed pursuant to this Court's minute order dated March 24, 2008, (ii) for entry of the attached proposed amended Order preliminarily approving the Class's settlement (the "Amended Preliminary Approval Order"), and (iii) in light of the settlement hearing recently set by the Bankruptcy Court for April 30, 2008, for the scheduling of a final settlement approval hearing for June 24, 2008 or any time thereafter that is convenient for the Court. In support of this motion, Plaintiffs state as follows:

1. Due to an unanticipated delay of the finalization of the Estate Representatives' settlement, the Plaintiffs moved the Court to continue the hearing to approve the Class's settlement, which was scheduled for March 25, 2008. On March 24, 2008, the Court, citing the ongoing proceedings in the Bankruptcy Court, closed this case administratively until the parties could demonstrate "why the case should be re-opened."

2. Within just a few hours of the Court's order of March 24, 2008, a significant development occurred: the Estate Representatives filed with the Bankruptcy Court the long-anticipated motion to approve the Estate Representatives' settlement (the "Bankruptcy Approval Motion"). A copy of the Bankruptcy Approval Motion is annexed hereto as Exhibit 1.[1] A hearing on the Bankruptcy Approval Motion is currently scheduled for *April 30, 2008*.

3. Finalization of the Estate Representatives' settlement was a substantial step in proceeding with the Class's settlement in this action. As the Court is aware, the Estate

---

[1] This motion in full is titled "Supplement to and Request for Hearing on the Motion of the Liquidating Trustee and the Liquidating Trust Representative for Authorization and Approval to Enter into Amended Settlement Agreements with Andrew J. Filipowski, Paul Humenasky, Michael P. Cullinane, Jude Sullivan, the Underwriters at Lloyd's, the Saint Paul Travelers Companies, Inc., Federal Insurance Company, and the Shareholder Plaintiffs."

Representatives appealed the Bankruptcy Court's order permitting the use of insurance proceeds to fund the Class's settlement. Under the terms of the Class's settlement, the Estate Representatives' appeals must be withdrawn before final approval of the Class's settlement. The recently-filed Bankruptcy Approval Motion expressly provides that the Estate Representatives, as a condition to settlement, will dismiss those appeals upon final approval[2] of the Estate Representatives' settlement. Moreover, the Class and the Estate Representatives have agreed to reduce the Class's recovery by $200,000 in exchange for securing the dismissal of the appeals and permitting the parties to move forward with the Class's settlement.

4.     As the parties advised the Court in previous filings, to reflect the aforementioned agreements with the Estate Representatives, Plaintiffs and Defendants have executed an Amended Stipulation of Settlement with exhibits, including a proposed Amended Order Preliminarily Approving Settlement and Providing for Notice, and those documents are being filed with the Court contemporaneously herewith. The Amended Stipulation of Settlement reflects the reduction in the settlement value of $200,000 from the settlement embodied in the Stipulation, which had previously been preliminarily approved on August 25, 2006.

5.     In light of these recent developments, including the pending settlement hearing set by the Bankruptcy Court for April 30, 2008, Plaintiffs believe that they can now proceed with the Class's settlement, and hereby propose the following schedule which, barring any unanticipated appeals or delays, allows sufficient time for final approval of the Estate Representatives' settlement prior to final approval of the Class's settlement:

---

[2]     The Stipulation of Settlement in this action specifies that before the settlement can become "Effective," the March 16, 2007 Order of the Bankruptcy Court approving the use of proceeds must become "Final," meaning that any and all appeals have been resolved.

| | |
|---|---|
| Entry of Amended Preliminary Approval Order: | Prior to April 30, 2008, at the Court's convenience and without a hearing |
| Settlement Hearing: | June 24, 2008, at the Court's convenience |
| Claim Deadline: | 90 days from entry of the Amended Preliminary Approval Order |
| Request Exclusion from the Class: | June 2, 2008 |
| Objection Deadline: | June 2, 2008 |
| Mailing of Notice of Pendency: | 21 days after entry of the Amended Preliminary Approval Order |
| Publication of Summary Notice: | 7 calendar days after mailing of Notice of Pendency |
| Deadline for filing papers in support of the Settlement | May 23, 2008 |

WHEREFORE, for the reasons stated above, Plaintiffs, with Defendants' assent, hereby respectfully request that this Court (i) lift the administrative stay of March 24, 2008 and re-open this case, (ii) enter the Amended Preliminary Approval Order submitted herewith, (iii) approve the schedule proposed above, and (iv) set the Settlement Hearing for June 24, 2008 or any time thereafter that is convenient for the Court. Should this Court have any questions or need further clarification, the parties will be available to attend a conference before this Court as the Court directs.

DATED:  April 8, 2008                    Respectfully submitted,

GILMAN AND PASTOR, LLP
DAVID PASTOR
60 State Street, 37th Floor
Boston, MA  02109
Telephone: 617/742-9700
617/742-9701 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART


            s/ Ellen Gusikoff Stewart
           ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

STULL, STULL & BRODY
HOWARD T. LONGMAN
6 East 45th Street, 4th Floor
New York, NY  10017
Telephone:  212/687-7230
212/490-2022 (fax)

Co-Lead Counsel for Plaintiffs and the Class

ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Mike Turner,
James F. Howard and Chris Brown

S:\Settlement\Divine.set\MTN REOPEN 00050450.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2008.

                                      s/ Ellen Gusikoff Stewart
                                      ELLEN GUSIKOFF STEWART

                                      COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101-3301
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)

                                      E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com

- **Thomas David Brooks**
  tdbrooks@sperling-law.com

- **Joel G. Chefitz**
  jchefitz@mwe.com

- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com

- **Joseph Edward Collins**
  joseph.collins@dlapiper.com

- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com

- **John A.D. Gilmore**
  john.gilmore@dlapiper.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **James E. Hanlon , Jr**
  hanlonj@howrey.com

- **Howard T. Longman**
  tsvi@aol.com

- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com

- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com

- **Stephanie R. Pratt**
  spratt@segalroitman.com,nsmith@segalroitman.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H. Rudman**

SRudman@csgrr.com

- **Anne R. Sills**
  asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,sgillin@segalroitman.com,nsmith@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Guri Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Shpetim Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Celiza Patricia Braganca
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Michael A. Duffy
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Eugene J. Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

John F. Hartmann
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
```

**Bruce C. Howard**
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

**Douglas Warren Hyman**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Samuel Bayard Isaacson**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Marvin Allen Miller**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Christopher B. Sanchez**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Patrick J. Sherlock**
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

**Jennifer Winter Sprengel**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Frank Waddell**
,

**Lawrence A. Wojcik**
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293