UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | ) | No. 04-12263-PBS |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>Defendants. | ) | No. 06-11072-PBS |

SUMMARY NOTICE

EXHIBIT A-3

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED DIVINE, INC. ("DIVINE") SECURITIES ON THE OPEN MARKET BETWEEN SEPTEMBER 17, 2001 AND FEBRUARY 14, 2003, INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Massachusetts, that a hearing will be held on ________, 2008, at ____ _.m., before the Honorable Patti B. Saris at the United States Courthouse, Boston, Massachusetts, for the purpose of determining (1) whether the proposed settlement of the claims in the Litigation for the sum of $6,300,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) whether, thereafter, this Litigation should be dismissed with prejudice as set forth in the Amended Stipulation of Settlement dated as of _________, 2008, (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (4) whether the application of Plaintiffs' Counsel for the payment of attorneys' fees and reimbursement of expenses incurred in connection with this litigation should be approved.

If you purchased or otherwise acquired divine securities during the period September 17, 2001 through February 14, 2003, inclusive, your rights may be affected by the settlement of this Litigation. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action, Motion for Attorneys' Fees and Settlement Fairness Hearing and a copy of the Proof of Claim and Release, you may obtain copies by writing to *divine Securities Litigation*, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, CA 94912, or by downloading them at www.gilardi.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release postmarked no later than ________, 2008, establishing that you are entitled to recovery.

If you desire to be excluded from the Class, you must submit a Request for Exclusion postmarked by _______, 2008, in the manner and form explained in the detailed Notice referred to

above. All Members of the Class who have not requested exclusion from the Class will be bound by any Judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to the settlement must be mailed or delivered such that it is received by each of the following no later than _____, 2008:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way
Boston, MA 02210

*Lead Counsel for Plaintiffs in the Litigation*:

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101

STULL, STULL & BRODY
HOWARD T. LONGMAN
6 East 45th Street, 5th Floor
New York, NY 10017

*Counsel for Defendant Andrew J. Filipowski*

SPERLING & SLATER
THOMAS D. BROOKS
55 West Monroe Street, Suite 3200
Chicago, IL 60603

*Counsel for Defendant Michael P. Cullinane*

DLA PIPER US LLP
SAMUEL B. ISAACSON
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

*Counsel for Defendant Paul L. Humenansky*

MCDERMOTT WILL & EMERY LLP
JOEL G. CHEFITZ
227 West Monroe Street
Chicago, IL 60606

Counsel for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau

KIRKLAND & ELLIS, LLP
MICHAEL A. DUFFY
200 E. Randolph Drive
Chicago, IL 60601

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the settlement, you may contact Lead Counsel at the address listed above.

DATED: ____________________

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S:\Settlement\Divine set\Email-pdf\Summary Notice - Ex A-3 (00017041).DOC

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2008.

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com
- **Thomas David Brooks**
  tdbrooks@sperling-law.com
- **Joel G. Chefitz**
  jchefitz@mwe.com
- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com
- **Joseph Edward Collins**
  joseph.collins@dlapiper.com
- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com
- **John A.D. Gilmore**
  john.gilmore@dlapiper.com
- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com
- **James E. Hanlon , Jr**
  hanlonj@howrey.com
- **Howard T. Longman**
  tsvi@aol.com
- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com
- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com
- **Stephanie R. Pratt**
  spratt@segalroitman.com,nsmith@segalroitman.com
- **David A. Rosenfeld**
  drosenfeld@csgrr.com
- **Samuel H. Rudman**

SRudman@csgrr.com

- **Anne R. Sills**
  asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,sgillin@segalroitman.com,nsmith@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Celiza Patricia Braganca**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**Michael A. Duffy**
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Eugene J. Frett**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**John F. Hartmann**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Bruce C. Howard**
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

**Douglas Warren Hyman**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Samuel Bayard Isaacson**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Marvin Allen Miller**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Christopher B. Sanchez**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Patrick J. Sherlock**
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

**Jennifer Winter Sprengel**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Frank Waddell**
,

**Lawrence A. Wojcik**
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293