UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 04-12263-PBS |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-11072-PBS |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND CERTIFYING THE CLASS; AND (2) AWARD OF ATTORNEY FEES AND EXPENSES

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 24, 2008, at 3:00 p.m., at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, Massachusetts, or as soon thereafter as counsel may be heard before the Honorable Patti B. Saris, United States District Judge, Plaintiffs will and hereby do move for orders and/or judgments (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Plaintiffs' Counsel attorney fees of 30% of the Settlement Fund plus expenses incurred in this class action.  Plaintiffs' motion is based upon the Memorandum of Points and Authorities in Support of Their Motion for Final Approval of the Proposed Class Action Settlement, the Memorandum of Points and Authorities in Support of Plaintiffs' Counsel's Application for an Award of Attorney Fees and Expenses, the declarations of counsel submitted in support thereof, the Amended Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Plaintiffs' application or at the hearing on Plaintiffs' motion.

DATED:  June 17, 2008                                  Respectfully submitted,

                                                            GILMAN AND PASTOR, LLP
DAVID PASTOR
60 State Street, 37th Floor
Boston, MA  02109
Telephone:  617/742-9700
617/742-9701 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART


             s/ Ellen Gusikoff Stewart
_____
         ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

STULL, STULL & BRODY
HOWARD T. LONGMAN
6 East 45th Street
4th Floor
New York, NY  10017
Telephone:  212/687-7230
212/490-2022 (fax)

Co-Lead Counsel for Plaintiffs and the Class

ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Mike Turner, James F. Howard and Chris Brown

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 17, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: EllenG@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com

- **Thomas David Brooks**
  tdbrooks@sperling-law.com

- **Joel G. Chefitz**
  jchefitz@mwe.com

- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com

- **Joseph Edward Collins**
  joseph.collins@dlapiper.com

- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com,elleng@csgrr.com

- **James E. Hanlon , Jr**
  hanlonj@howrey.com

- **Howard T. Longman**
  tsvi@aol.com

- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com

- **David Pastor**
  dpastor@gilmanpastor.com,rkaloutas@gilmanpastor.com,sdurgin@gilmanpastor.com

- **Stephanie R. Pratt**
  spratt@segalroitman.com,jstein@segalroitman.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H. Rudman**
  SRudman@csgrr.com

- **Anne R. Sills**

　　　asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,jstein@segalroitman.com,sgillin@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Celiza Patricia Braganca**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**Michael A. Duffy**
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Eugene J. Frett**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**John A.D. Gilmore**
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

**John F. Hartmann**
Kirkland & Ellis LLP
200 East Randolph Drive

Chicago, IL 60601

**Bruce C. Howard**
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

**Douglas Warren Hyman**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Samuel Bayard Isaacson**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Marvin Allen Miller**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Christopher B. Sanchez**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Patrick J. Sherlock**
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

**Jennifer Winter Sprengel**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Lawrence A. Wojcik**
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293