# Exhibit C

Case 1:04-cv-12263-PBS    Document 118-4    Filed 06/17/2008    Page 1 of 5



3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

May 1, 2008

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
St. Louis, MO 63103
«FCountry»

Re: **Divine, Inc. Securities Litigation**

Dear «GENDER» «LastName»:

Please find enclosed the Settlement Notice, W-9 Instructions and Proof of Claim and Release for the above referenced litigation. Please note the class period described on page one, specifically its inclusion of persons who purchased or otherwise acquired Divine, Inc. securities on the open market between September 17, 2001 and February 14, 2003. In addition, **the Notice provides that the Exclusion Deadline is June 2, 2008, and that the Claim Filing Deadline is July 9, 2008.**

Please pay particular attention to the "Special Notice to Nominees" on page eight of the Notice. It states that if you hold any divine securities purchased or acquired on the open market between September 17, 2001 and February 14, 2003 as nominee for a beneficial owner, then, within ten (10) days after you receive this Notice, you must either: (1) send a copy of this Notice by first class mail to all such Persons; or (2) provide a list of the names and addresses of such Persons to the Claims Administrator. Please do not make your own copies of the Proof of Claim Form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number.

If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to Matt.Markham@Gilardi.com, via CD Rom to the above address or contact Matt Markham at (415) 458-3015 to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send. Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:
- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. Please refer to the attached file format guidelines to ensure your data is processed without delays.

If you have any questions, please call Matt Markham at (415) 458-3015.

Sincerely,

*Dennis A. Gilardi*

Dennis A. Gilardi

**EXHIBIT C**

# ASCII Fixed Length – File Submission Guidelines

In the interest of ensuring the highest degree of data integrity, the preferred file format for all data submission is the ASCII Fixed Length or ASCII Tab Delimited file format, in the following layout.

Please be sure to specify the case name and Control Totals, for example, the total number of accounts provided in all accompanying files.

| Field | Length | Starting Position | Ending Position | Type | Description |
|---|---|---|---|---|---|
| First Name | 30 | 1 | 30 | Character | Primary account holder first name |
| Last Name | 30 | 31 | 60 | Character | Primary account holder last name |
| Name2 | 30 | 61 | 90 | Character | Secondary name(s) |
| Name3 | 30 | 91 | 120 | Character | Secondary name(s) |
| Name4 | 30 | 121 | 150 | Character | Secondary name(s) |
| Address 1 | 30 | 151 | 180 | Character | First address line |
| Address 2 | 30 | 181 | 210 | Character | Second address line |
| City | 30 | 211 | 240 | Character | |
| State | 2 | 241 | 242 | Character | |
| Zip Code | 5 | 243 | 247 | Character | |
| Foreign Province | 30 | 248 | 277 | Character | |
| Foreign Zip Code | 10 | 278 | 287 | Character | |
| Foreign Country | 30 | 288 | 317 | Character | |
| E-mail Address | 75 | 318 | 392 | Character | |
| CUSIP | 15 | 393 | 407 | Character | CUSIP number of the security traded. |

## Sample File Screen Shot



## ASCII Tab Delimited – File Submission Guidelines

| Field | Length | Type | Description |
|---|---|---|---|
| First Name | 30 | Character | Primary account holder first name |
| Last Name | 30 | Character | Primary account holder last name |
| Name2 | 30 | Character | Secondary name(s) |
| Name3 | 30 | Character | Secondary name(s) |
| Name4 | 30 | Character | Secondary name(s) |
| Address 1 | 30 | Character | First address line |
| Address 2 | 30 | Character | Second address line |
| City | 30 | Character | |
| State | 2 | Character | |
| Zip Code | 5 | Character | |
| Foreign Province | 30 | Character | |
| Foreign Zip Code | 10 | Character | |
| Foreign Country | 30 | Character | |
| E-mail Address | 75 | Character | |
| CUSIP | 15 | Character | CUSIP number of the security traded. |

Sample File Screen Shot



## Microsoft Excel - File Submission Guidelines

Please only use Microsoft Excel file format if submitting data in ASCII Fixed Length or ASCII Tab Delimited file formats is not feasible. However, if your data exceeds 65,536 rows (the maximum Excel page limit), then an ASCII Fixed Length or ASCII tab delimited file is required.

Please be sure to specify the case name and Control Totals, for example, the total number of accounts provided in all accompanying files.

| Field | Cell Format | Maximum Length | Description |
|---|---|---|---|
| First Name | Text | 30 | Primary account holder first name |
| Last Name | Text | 30 | Primary account holder last name |
| Name2 | Text | 30 | Secondary name(s) |
| Name3 | Text | 30 | Secondary name(s) |
| Name4 | Text | 30 | Secondary name(s) |
| Address 1 | Text | 30 | First address line |
| Address 2 | Text | 30 | Second address line |
| City | Text | 30 | |
| State | Text | 2 | |
| Zip Code | Text | 5 | |
| Foreign Province | Text | 30 | |
| Foreign Zip Code | Text | 10 | |
| Foreign Country | Text | 30 | |
| E-mail Address | Text | 75 | |
| CUSIP | Text | 15 | CUSIP number of the security traded. |

Sample File Screen Shot

