# EXHIBIT D

# INVESTOR'S BUSINESS DAILY

## Affidavit of Publication

Name of Publication:   Investor's Business Daily
Address:   12655 Beatrice Street
City, State, Zip:   Los Angeles, CA 90066
Phone #:   310.448.6700
State of:   California
County of:   Los Angeles

I, **Duongpon Puranaputra** for the publisher of **Investor's Business Daily**, published in the city of **Los Angeles**, state of **California**, county of **Los Angeles** hereby certify that the attached notice(s) for **Gilardi and Co. (Divine, Inc.)** was printed in said publication on the following date(s):

**May 6, 2008**

State of California

County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **6** day of **May**, 20**08**, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD C. BRAND II
Commission # 1727106
Notary Public - California
Los Angeles County
My Comm. Expires Feb 25, 2011

# EXHIBIT D

# INVESTOR'S BUSINESS DAILY

TUESDAY, MAY 6, 2008  **B11**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br> vs. <br> ANDREW J. FILIPOWSKI, et al., <br> Defendants. | No. 04-12263-PBS |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br> vs. <br> ANDREW J. FILIPOWSKI, et al., <br> Defendants. | No. 06-11072-PBS |

**SUMMARY NOTICE**

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED DIVINE, INC. ("DIVINE") SECURITIES ON THE OPEN MARKET BETWEEN SEPTEMBER 17, 2001 AND FEBRUARY 14, 2003, INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Massachusetts, that a hearing will be held on June 24, 2008, at 3:00 p.m., before the Honorable Patti B. Saris at the John Joseph Moakley United States Courthouse, Boston, Massachusetts, for the purpose of determining (1) whether the proposed settlement of the claims in the Litigation for the sum of $6,300,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) whether, thereafter, this Litigation should be dismissed with prejudice as set forth in the Amended Stipulation of Settlement dated as of March 20, 2008; (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (4) whether the application of Plaintiffs' Counsel for the payment of attorney fees and expenses incurred in connection with this Litigation should be approved.

If you purchased or otherwise acquired divine securities during the period September 17, 2001 through February 14, 2003, inclusive, your rights may be affected by the settlement of this Litigation. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action, Motion for Attorney Fees and Settlement Fairness Hearing ("Notice") and a copy of the Proof of Claim and Release, you may obtain copies by writing to *divine Securities Litigation*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, CA 94912, or by downloading them at www.gilardi.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release postmarked no later than July 9, 2008, establishing that you are entitled to recovery.

If you desire to be excluded from the Class, you must submit a request for exclusion postmarked by June 2, 2008, in the manner and form explained in the detailed Notice referred to above. All members of the Class who have not requested exclusion from the Class will be bound by any Judgment entered in the Litigation pursuant to the Amended Stipulation of Settlement.

Any objection to the settlement must be mailed or delivered such that it is received by each of the following no later than June 2, 2008:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

*Counsel for Plaintiffs in the Litigation:*

| | |
|---|---|
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP <br> ELLEN GUSIKOFF STEWART <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 | STULL, STULL & BRODY <br> HOWARD T. LONGMAN <br> 6 East 45th Street, 5th Floor <br> New York, NY 10017 |
| *Counsel for Defendant Andrew J. Filipowski* <br> SPERLING & SLATER <br> THOMAS D. BROOKS <br> 55 West Monroe Street, Suite 3200 <br> Chicago, IL 60603 | *Counsel for Defendant Michael P. Cullinane* <br> DLA PIPER US LLP <br> SAMUEL B. ISAACSON <br> 203 North LaSalle Street, Suite 1900 <br> Chicago, IL 60601 |
| *Counsel for Defendant Paul L. Humenansky* <br> MCDERMOTT WILL & EMERY LLP <br> JOEL G. CHEFITZ <br> 227 West Monroe Street <br> Chicago, IL 60606 | *Counsel for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau* <br> KIRKLAND & ELLIS, LLP <br> MICHAEL A. DUFFY <br> 200 E. Randolph Drive <br> Chicago, IL 60601 |

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**
If you have any questions about the settlement, you may contact Plaintiffs' Counsel at the address listed above.

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DATED: April 8, 2008        DISTRICT OF MASSACHUSETTS