UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARON BOBBITT, Individually and On Behalf )     No. 04-12263-PBS
of All Others Similarly Situated,           )
                                            )
                    Plaintiff,              )
                                            )
        vs.                                 )
                                            )
ANDREW J. FILIPOWSKI, et al.,               )
                                            )
                    Defendants.             )
_____ )
JAMES F. HOWARD, Individually and On        )     No. 06-11072-PBS
Behalf of All Others Similarly Situated,    )
                                            )
                    Plaintiff,              )
                                            )
        vs.                                 )
                                            )
ANDREW J. FILIPOWSKI, et al.,               )
                                            )
                    Defendants.             )
_____ )

**DECLARATION OF ROBERT D. ALLISON**
**WITH RESPECT TO LODESTAR AND EXPENSES**

I, Robert D. Allison, declare as follows:

1.     I am a member of the law firm of Robert D. Allison & Associates. I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.     The identification and background of my firm and its attorneys is attached hereto as Exhibit A.

3.      The total amount of billable time spent prosecuting this litigation by my firm

through May 2005 is 62.2 hours.  The total lodestar amount for attorney and paralegal time,

based on the firm's year 2008 rates, is $ 31,759.50.  A breakdown of the lodestar is as follows:

| Attorney | Hours | Rate | Lodestar |
|----------|-------|------|----------|
| Robert D. Allison | 52.6 | $ 525 | $ 27,615.00 |
| Bruce C. Howard | 9.4 | $ 440 | 4,136.00 |
| Steven P. Schneck | 0.2 | $ 425 | 8.50 |
| **TOTAL:** | 62.2 | | $ 31,759.50 |

4.      The lodestar chart set forth in the preceding paragraph was prepared from

contemporaneous, daily time records regularly prepared and maintained by my firm, which are

available at the request of the Court.  Time expended in preparing this application for fees and

reimbursement of expenses has not been included in this request.

5.      Our firm exercises billing judgment to consider and refine our billable hours at

several junctures in the billing process.  At the outset, each attorney and paralegal keeps

contemporaneous records of billable time that identify the matters worked on, the nature of the

work, when the work was done, and the amount of billable amount time spent on the task as

shown to one-tenth of an hour.  These daily records are preserved.  They are also typed and

entered onto a computer database when they are reviewed for further billing judgment, accuracy,

typographical errors, amplification if necessary, duplications or other problems.  Finally, before a

fee statement is submitted to court or counsel for approval, they are again reviewed to see

whether, in the exercise of billing judgment, there are any claims or billable time for which it

either may not be appropriate to request compensation or for which an unnecessary challenge

may be avoided.  These exercises of billing judgment are never exercised to increase billable

time; they are only used to prune any potentially unreasonable time or to avoid disputes.

6.     My firm expended and posted a total of $1,188.10 in unreimbursed expenses in

connection with the prosecution of this litigation through May 31, 2006.  These expenses are

broken down as follows:

| EXPENSE | AMOUNT |
|---|---|
| Photocopies | $    262.96 |
| Postage | 10.00 |
| Court filing fees | 450.00 |
| Westlaw/Pacer | 98.85 |
| Fax/long-distance telephone | 314.08 |
| Express mail             . | 40.21 |
| Local messenger/delivery | 12.00 |
| TOTAL: | $ 1,188.10 |

7.     The expenses incurred pertaining to this case are reflected in the books and

records of this firm kept in the ordinary course of business.  The expense book log, checks and

receipts in this case have all been preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June 2008, at Chicago, Illinois.

Robert D. Allison

3

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: EllenG@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com

- **Thomas David Brooks**
  tdbrooks@sperling-law.com

- **Joel G. Chefitz**
  jchefitz@mwe.com

- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com

- **Joseph Edward Collins**
  joseph.collins@dlapiper.com

- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com,elleng@csgrr.com

- **James E. Hanlon , Jr**
  hanlonj@howrey.com

- **Howard T. Longman**
  tsvi@aol.com

- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com

- **David Pastor**
  dpastor@gilmanpastor.com,rkaloutas@gilmanpastor.com,sdurgin@gilmanpastor.com

- **Stephanie R. Pratt**
  spratt@segalroitman.com,jstein@segalroitman.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H. Rudman**
  SRudman@csgrr.com

- **Anne R. Sills**

asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,jstein@segalroitman.com,sgillin@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Celiza Patricia Braganca**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**Michael A. Duffy**
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Eugene J. Frett**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

**John A.D. Gilmore**
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

**John F. Hartmann**
Kirkland & Ellis LLP
200 East Randolph Drive

Chicago, IL 60601

**Bruce C. Howard**
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

**Douglas Warren Hyman**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Samuel Bayard Isaacson**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Marvin Allen Miller**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Christopher B. Sanchez**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Patrick J. Sherlock**
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

**Jennifer Winter Sprengel**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Lawrence A. Wojcik**
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293