UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                Defendants. | NO. 04-12263-PBS<br><br>DECLARATION OF JENNIFER W. SPRENGEL FILED ON BEHALF OF CAFFERTY FAUCHER LLP IN SUPPORT OF AWARD OF ATTORNEY FEES AND EXPENSES |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                Defendants. | No. 06-11072-PBS |

I, JENNIFER W. SPRENGEL, DECLARE AS FOLLOWS:

1. I am a member of the firm of Cafferty Faucher LLP (f/k/a Miller Faucher and Cafferty LLP). I am submitting this declaration in support of my firm's application for an award of attorney fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for plaintiffs Sharon Bobbitt and Edward Paul Norman.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 88.8. The total lodestar amount for attorney/paralegal time based on the firm's current rates is $39,718.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Jennifer W. Sprengel | (P) | 7.0 | 585.00 | 4,095.00 |
| Marvin A. Miller | (P) | 45.9 | 610.00 | 27,999.00 |
| Christopher B. Sanchez | (A) | 5.3 | 425.00 | 2,252.50 |
| Kay Pulido | (PL) | 12.9 | 190.00 | 2,451.00 |
| Jorge Ramirez | (PL) | 17.7 | 165.00 | 2,920.50 |
| *TOTAL:* | | | | *39,718.00* |

(P) Partner
(A) Associate
(PL) Paralegal

5. My firm incurred a total of $5,668.98 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

## *EXPENSES*

From Inception to June 16, 2008

| *DISBURSEMENT* | *TOTAL* |
|---|---|
| Meals, Hotels & Transportation | |
| Photocopies | 3,876.50 |
| Postage | 475.70 |
| Telephone, Facsimile | 484.57 |
| Messenger, Overnight Delivery | 164.45 |
| Filing, Witness & Other Fees | 666.00 |
| Court Reporters | 0.00 |
| Lexis, Westlaw, Online Library Research | 1.76 |
| Class Action Notices/Business Wire | 0.00 |
| Mediation Fees | 0.00 |
| Experts/Consultants/Investigators | 0.00 |
| | |
| *TOTAL* | *5,668.98* |

6. The following is additional information regarding these expenses:

(a) the firm incurred expenses of $0.00 for amounts paid to court reporters for transcripts of court hearings and depositions.

(b) Filing, Witness and Other Fees: $666.00.

| *DATE* | *VENDOR* |
|---|---|
| 5/27/03 | Clerk of the U.S. District Court |
| 5/28/03 | Sheriff of DuPage County |
| 6/16/03 | Clerk of the U.S. District Court |
| 6/25/03 | Sheriff of DuPage County |
| 6/26/03 | Sheriff of Cook County |

(c) Meals, Hotels and Transportation: $0.00.

(d) Photocopying:
In-house (15,506 copies @ $0.25 per copy): $3,876.50

(e) Lexis, Westlaw, Online Library Research: $1.76. These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation and Choice Point. These databases were used to obtain access to SEC filings and to do media searches. The charges for these vendors vary depending upon the type of services requested.

7.  The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of June, 2008, at Chicago, Illinois.

_____
JENNIFER W. SPRENGEL

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: EllenG@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com

- **Thomas David Brooks**
  tdbrooks@sperling-law.com

- **Joel G. Chefitz**
  jchefitz@mwe.com

- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com

- **Joseph Edward Collins**
  joseph.collins@dlapiper.com

- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com,elleng@csgrr.com

- **James E. Hanlon , Jr**
  hanlonj@howrey.com

- **Howard T. Longman**
  tsvi@aol.com

- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com

- **David Pastor**
  dpastor@gilmanpastor.com,rkaloutas@gilmanpastor.com,sdurgin@gilmanpastor.com

- **Stephanie R. Pratt**
  spratt@segalroitman.com,jstein@segalroitman.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H. Rudman**
  SRudman@csgrr.com

- **Anne R. Sills**

  asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,jstein@segalroitman.com,sgillin@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Guri Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Shpetim Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Celiza Patricia Braganca
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Michael A. Duffy
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Eugene J. Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

John A.D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

John F. Hartmann
Kirkland & Ellis LLP
200 East Randolph Drive
```

Chicago, IL 60601

**Bruce C. Howard**
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

**Douglas Warren Hyman**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Samuel Bayard Isaacson**
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Marvin Allen Miller**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Christopher B. Sanchez**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Patrick J. Sherlock**
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

**Jennifer Winter Sprengel**
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Lawrence A. Wojcik**
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293