UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                 Defendants. | NO. 04-12263-PBS<br><br>DECLARATION OF HOWARD T. LONGMAN FILED ON BEHALF OF STULL, STULL & BRODY IN SUPPORT OF AWARD OF ATTORNEY FEES AND EXPENSES |
| JAMES F. HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, et al.,<br><br>                 Defendants. | No. 06-11072-PBS |

I, HOWARD T. LONGMAN, DECLARE AS FOLLOWS:

1. I am a senior attorney with the law firm of Stull, Stull & Brody. I am submitting this declaration in support of my firm's application for an award of attorney fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for Lead Plaintiff James Tito.

3. The identification and background of my firm and its attorneys is attached hereto as Exhibit A.

4. The total amount of time spent on this litigation by my firm is 1,085.58 hours. The total lodestar amount for attorney and paralegal time based on the firm's current hourly rates is $754,545.50. Attached hereto as Exhibit B is a chart detailing the time expended by each attorney and paralegal of my firm, their respective current hourly rates and the lodestar total (hours x hourly rate).

5. Throughout the course of this litigation, the attorneys and paralegals of my firm performed the following work: consulted on an ongoing basis with the client; performed initial factual and legal research regarding the claims; drafted a complaint; calculated investor losses; made a lead plaintiff motion; worked on the briefs in opposition to the motions to dismiss; consulted with damage and accounting experts; worked on the briefs in opposition to the transfer of this case to the Bankruptcy Court; reviewed and analyzed the trustees' complaint; attended court hearings; drafted the amended complaint and second consolidated complaint; worked with Lowenstein & Sandler, PC. (Bankruptcy Counsel) on numerous bankruptcy issues; drafted the mediation statement; prepared for and attended mediation sessions; negotiated the settlement; worked on the Memorandum of Understanding; drafted various parts of the final settlement papers; conferred with co-counsel regarding case strategy; and reviewed all pleadings.

6. My firm incurred a total of $298,760.33 in expenses in connection with the prosecution of this litigation. Attached hereto as Exhibit C is breakdown of these expenses.

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, paid invoices and other source documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2008, at New York, New York.

_____
HOWARD T. LONGMAN

S:\Settlement\Divine.set\Time and Expense Declaration Form.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2008.

                                            s/ Ellen Gusikoff Stewart
                                            ELLEN GUSIKOFF STEWART

                                            COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-3301
                                            Telephone: 619/231-1058
                                            619/231-7423 (fax)
                                            E-mail: EllenG@csgrr.com

# Mailing Information for a Case 1:04-cv-12263-PBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S. Barnett**
  bruce.barnett@dlapiper.com,janine.medina@dlapiper.com

- **Thomas David Brooks**
  tdbrooks@sperling-law.com

- **Joel G. Chefitz**
  jchefitz@mwe.com

- **Christopher J. Panos, Trustee of the Sabine, Inc. Liquidating Trust**
  jkoltun@craigmacauley.com

- **Joseph Edward Collins**
  joseph.collins@dlapiper.com

- **Mayeti Gametchu**
  mgametchu@wolfblock.com,mahall@wolfblock.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com,elleng@csgrr.com

- **James E. Hanlon , Jr**
  hanlonj@howrey.com

- **Howard T. Longman**
  tsvi@aol.com

- **Kevin J. O'Connor**
  koconnor@wolfblock.com,mahall@wolfblock.com

- **David Pastor**
  dpastor@gilmanpastor.com,rkaloutas@gilmanpastor.com,sdurgin@gilmanpastor.com

- **Stephanie R. Pratt**
  spratt@segalroitman.com,jstein@segalroitman.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H. Rudman**
  SRudman@csgrr.com

- **Anne R. Sills**

asills@segalroitman.com,sgillin@segalroitman.com,tsullivan@segalroitman.com

- **Bruce S. Sperling**
  bss@sperling-law.com

- **Mary T. Sullivan**
  msullivan@segalroitman.com,jstein@segalroitman.com,sgillin@segalroitman.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,zimmer@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Guri Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Shpetim Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Celiza Patricia Braganca
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Michael A. Duffy
Kirkland &Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Eugene J. Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

John A.D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

John F. Hartmann
Kirkland & Ellis LLP
200 East Randolph Drive
```

Chicago, IL 60601

Bruce C. Howard
Law Offices of Robert D. Allison
122 South Michigan Avenue 1850
Chicago, IL 60603

Douglas Warren Hyman
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Samuel Bayard Isaacson
Piper Rudnick LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Daniel J. Lyne
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Marvin Allen Miller
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Christopher B. Sanchez
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Patrick J. Sherlock
Beigel, Schy, Lasky, Cohen, Rifkind & Hennessey
11 South LaSalle
Suite 1600
Chicago, IL 60606

Jennifer Winter Sprengel
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Lawrence A. Wojcik
Piper Rudnick Gray Cary US LLP
203 N. LaSalle
Suite 1800
Chicago, IL 60601-1293