**EXHIBIT B**

## DIVINE, INC. SECURITIES LITIGATION

## STULL, STULL & BRODY TIME & LODESTAR CHART

**Period:** Inception to Date of Final Settlement Hearing

A = Attorney; P = Paralegal

| Name | Hours | Current Hourly Rate | Lodestar |
|---|---|---|---|
| Jules Brody (A) | 17.00 | $895.00 | $15,215.00 |
| Howard T. Longman (A) | 832.00 | $750.00 | $624,000.00 |
| Mark Levine (A) | 0.75 | $750.00 | $562.50 |
| Melissa Emert (A) | 107.50 | $680.00 | $73,100.00 |
| Aaron Brody (A) | 1.50 | $605.00 | $907.50 |
| Jason D'Agnenica (A) | 23.00 | $540.00 | $12,420.00 |
| James Lahm (A) | 4.00 | $530.00 | $2,120.00 |
| Bradley Dyer (A) | 14.25 | $350.00 | $4,987.50 |
| Maksim Fuchs (A) | 0.08 | $350.00 | $28.00 |
| Peter Keilty (A) | 1.00 | $335.00 | $335.00 |
| Cathy Mucerino (P) | 46.75 | $260.00 | $12,155.00 |
| David Sheets (P) | 6.50 | $260.00 | $1,690.00 |
| Cynthia Covington-Brooks (P) | 4.00 | $250.00 | $1,000.00 |
| Greta Evans (P) | 1.00 | $250.00 | $250.00 |
| Norman Schiff (P) | 26.00 | $220.00 | $5,720.00 |
| Shmuel Honig (P) | 0.25 | $220.00 | $55.00 |
| **Totals:** | **1085.58** | | **$754,545.50** |