**EXHIBIT C**

## DIVINE, INC. SECURITIES LITIGATION

## STULL, STULL & BRODY EXPENSE CHART

**Period:** Inception to Date of Final Settlement Hearing

| Category | Amount |
|---|---|
| Press Releases | $695.00 |
| Federal Express | $210.18 |
| Airfares, Hotel, Trainfares, Car Rentals, Taxis & Meals | $5,920.80 |
| Lexis Online Research, Courtlink, Pacer | $5,421.63 |
| Lowenstein & Sandler, PC (Bankruptcy Counsel) | $261,901.14 |
| Court Reporter | $415.10 |
| Out-of-Office Copying | $2,753.34 |
| Labels, Envelopes, Mailing Lists | $591.81 |
| Postage Meter | $3,227.81 |
| In-Office Copying | $30.00 |
| Faxes | $196.00 |
| John C. Hammerslough (Damages Expert) | $15,197.50 |
| Rosenwald & Bildstein (Accounting Expert) | $1,000.00 |
| Estimated Travel to Boston for Attendance at Final Settlement Hearing | $900.00 |
| Miscellaneous, including additional Telephones, In-Office Copying, Faxes & Postage | $300.00 |
| **Totals:** | **$298,760.31** |