**EXHIBIT 1**



*DVNE1-EXCL00001*

**nvestment Company**



May 7, 2008

Divine Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912

RECEIVED PR

MAY 13 2008

CLAIMS CENTER

To Whom It May Concern:

Central Trust & Investment Company and Susan Meinert wish to be excluded from the Bobbitt v. Filipowski, et al., No. 04-12263-PBS. We file claims on behalf of our customers and we did not have any customers that ever held this stock. If you have any questions please feel free to contact me.

Sincerely,

*Jamie Collins*
Jamie Collins

Investment Management   Trust & Fiduciary Services   Retirement Plan Services
*Offices in St. Louis, Springfield, Columbia, Jefferson City, and Osage Beach*

Central Trust & Investment Company

RECEIVED PR
MAY 13 2008
CLAIMS CENTER

UNITED STATES POSTAGE
$ 00.41
MAY 07 2008
0004367212
MAILED FROM ZIP CODE

Divine Securities Litigation
Claims Administrator
c/o Gilardi + Co. LLC
P.O. Box 8040
San Rafael, CA 94912

34312+8040-40



*DVNE1-EXCL00002*



RECEIVED TS
MAY 1 4 2008
CLAIMS CENTER

divine Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA
94912

May 6, 2008

To Whom It May Concern:

RE: **Bobbitt v. Filipowski, et al, 04-12263-PBS**

Please be advised that I wish to be excluded from the above referenced law suit.

My details and purchases/sales of divine Securities are as follows:

Name:            Kathryn J. Koclanis
Address:

Telephone:

Shares purchased:   3,000 shares Divine Inc Class A on 11-05-01
                    2,000 shares Divine Inc Class A on 04-23-02

Shares sold:        5,000 shares Divine Inc Class A on 05-09-02

Signed: *Kathryn J. Koclanis*
        Kathryn J. Koclanis



K. KOCLANIS

DIVINE SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
C/O GILARDI & CO LLC
P.O. BOX 8040
SAN RAFAEL, CA
94912

CERTIFIED MAIL
7007 2680 0002 0381 9009

RETURN RECEIPT REQUESTED

RECEIVED
MAY 14 2008
CLAIMS CENTER

U.S. POSTAGE PAID
MAY 10 '08
AMOUNT $5.21
00086653-04

*DVNE1-EXCL00003*

RECEIVED
MAY 19 2008
CLAIMS CENTER

MAY 15, 2008

GENTLEMEN,

I HAVE NO CLAIM NOR DO I OWN ANY DEVINE SECURITIES, SO I WOULD LIKE TO BE EXCLUDED FROM BOBBIT V. FILIPOWSKI NO. 04-12263-PBS. I HAVE NO SHARES OF DIVINE SECURITIES. I HOPE THIS WILL END THE CLASS AS FAR AS I AM CONSERNED.

THANK YOU.

SIGNED James G. Blanchard

