Tindaro Sciacca
5 Place Auriol,
Laval, Quebec
Canada,
H7E 2M1
450-668-1750
July 3, 2008


Clerk Of The Court
United States District Court
District Of Massachusetts
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suit 2300
Boston, MA 02210


Subject: Divine Inc, class action.


As a beneficial holder of shares of Divine Inc., I received a notice of pendency and proposed settlement in a class action against Divine Inc., No 04-12263 PBS, No. 11072 PBS. The notice sets deadlines to:
1) Submit claim         July 9, 2008
2) Request exclusion    June 2, 2008
3) File objection       June 2, 2008
4) Court hearing on fairness of settlement    June 24, 2008

The suppled return envelope is addressed to, divine Securities Litigation Claims Administrator c/o Gilardi & Co. LLC P.O. Box 8040 San Rafael, CA. 94912-8040.

Having received this notice June 26, 2008, I cannot avail myself of my option of choice, to request exclusion.

It is my belief the notice was mailed beyond the set deadlines which makes it impossible for me to comply.

If it pleases the court, I would request the court determine if this notice is valid, legal and binding.

In the hope of legitimizing my claim, I have included a photocopy of the envelope in which the notice was received. Thank-you for your time and consideration.


Sincerely

*T Sciacca* [signature]

*divine* Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Important Legal Documents Enclosed

DVNE1

MR TINDARO SCIACCA
5 PLACE AURIOL
LAVAL QC  H7E 2M1   CANADA

DVNE1-1026171-0 E

**PAR AVION**

INTL PRIORITY AIRMAIL
U.S. POSTAGE
**PAID**
GILARDI & CO

0010121807